UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK,<br><br>- v. -<br><br>DONALD J. TRUMP,<br><br>                                        Defendant. | **NOTICE OF APPEAL**<br><br>No. 23 Civ. 3773 (AKH) |

      Notice is hereby given that President Donald J. Trump, the above-captioned defendant, appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered on September 3, 2024 (ECF No. 50), denying leave to file and summarily remanding President Trump's Second Removal Notice pursuant to 28 U.S.C. § 1455(b)(4).

Dated:    September 3, 2024
            New York, N.Y.

                                                     By: /s/ Emil Bove
                                                    Todd Blanche
                                                    Emil Bove
                                                    Blanche Law PLLC
                                                    99 Wall Street, Suite 4460
                                                    New York, NY 10005
                                                    212-716-1250
                                                    toddblanche@blanchelaw.com

                                                    *Attorneys for President Donald J. Trump*

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:23–cv–03773–AKH

People of The State of New York v. Trump  
Assigned to: Judge Alvin K. Hellerstein  
Case in other court: New York Supreme Court, New York County, 71543–23  
Cause: 28:1442nr Notice of Removal  

Date Filed: 05/04/2023  
Date Terminated: 07/19/2023  
Jury Demand: None  
Nature of Suit: 540 Mandamus & Other  
Jurisdiction: Federal Question  

**Plaintiff**

| | | |
|---|---|---|
| **People of The State of New York** | represented by | **Matthew Colangelo**<br>NY County District Attorney's Office<br>1 Hogan Place<br>New York, NY 10013<br>212–335–3464<br>Email: colangelom@dany.nyc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Rebecca Grace Mangold**<br>New York County District Attorney's Office<br>80 Centre Street<br>New York, NY 10013<br>212–335–9000<br>Email: mangoldr@dany.nyc.gov<br>*LEAD ATTORNEY*<br><br>**Catherine McCaw**<br>New York County District Attorney's Offi<br>1 Hogan Place<br>New York, NY 10013<br>212–335–9732<br>Email: mccawc@dany.nyc.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher Conroy , I**<br>New York County District Attorney's Offi<br>Investigation Division<br>One Hogan Place<br>Ste 751<br>New York, NY 10013<br>212–335–3743<br>Fax: 212–335–9800<br>Email: conroyc@dany.nyc.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Katherine Caldwell Ellis**<br>New York County District Attorney's Offi<br>80 Centre Street<br>New York, NY 10013<br>212–335–9000<br>Email: ellisk@dany.nyc.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Philip Vyse Tisne**<br>Manhattan District Attorney's Office<br>One Hogan Place<br>New York, NY 10013<br>212–335–3824<br>Email: tisnep@dany.nyc.gov |

*ATTORNEY TO BE NOTICED*

**Steven Chiajon Wu**
New York County District Attorney
1 Hogan
New York, NY 10013
212–335–9326
Email: wus@dany.nyc.gov
*ATTORNEY TO BE NOTICED*

**Susan D. Hoffinger**
New York County District Attorney's Office
1 Hogan Place
New York
New York, NY 10013
212–335–9000
Email: hoffingers@dany.nyc.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Donald J. Trump** represented by **Todd Blanche**
Blanche Law
99 Wall Street
New York, NY 10005
212–312–1860
Email: toddblanche@blanchelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emil Bove**
Blanche Law
99 Wall Street, Suite 4460
New York, NY 10005
212–716–1250
Email: emil.bove@blanchelaw.com
*ATTORNEY TO BE NOTICED*

**Susan Rose Necheles**
NechelesLaw LLP
1120 6th Ave
4th Floor
New York, NY 10036
212–997–7400
Email: srn@necheleslaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2023 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 71543–23. (Filing Fee $ 402.00, Receipt Number ANYSDC–27699019).Document filed by Donald J. Trump. (Attachments: # 1 Affidavit declaration and exhibits).(Necheles, Susan) (Entered: 05/04/2023) |
| 05/04/2023 | 2 | NOTICE OF APPEARANCE by Susan Rose Necheles on behalf of Donald J. Trump..(Necheles, Susan) (Entered: 05/04/2023) |
| 05/04/2023 | 3 | NOTICE OF APPEARANCE by Matthew Colangelo on behalf of People of The State of New York..(Colangelo, Matthew) (Entered: 05/04/2023) |

| | | |
|---|---|---|
| 05/05/2023 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Susan Rose Necheles. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (jgo)** (Entered: 05/05/2023) |
| 05/05/2023 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Ronnie Abrams. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(jgo) (Entered: 05/05/2023) |
| 05/05/2023 | | Magistrate Judge Barbara C. Moses is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (jgo) (Entered: 05/05/2023) |
| 05/05/2023 | | Case Designated ECF. (jgo) (Entered: 05/05/2023) |
| 05/05/2023 | 4 | NOTICE OF CASE REASSIGNMENT to Judge Alvin K. Hellerstein. Judge Ronnie Abrams is no longer assigned to the case. (laq) (Entered: 05/05/2023) |
| 05/05/2023 | 5 | NOTICE OF APPEARANCE by Todd Blanche on behalf of Donald J. Trump..(Blanche, Todd) (Entered: 05/05/2023) |
| 05/08/2023 | 6 | CONSENT MOTION for Conference re: 1 Notice of Removal, . Document filed by People of The State of New York..(Colangelo, Matthew) (Entered: 05/08/2023) |
| 05/09/2023 | 7 | NOTICE OF APPEARANCE by Catherine McCaw on behalf of People of The State of New York..(McCaw, Catherine) (Entered: 05/09/2023) |
| 05/09/2023 | 8 | ORDER REGULATING PROCEEDINGS granting 6 Motion for Conference re: 6 CONSENT MOTION for Conference re: 1 Notice of Removal, . I have studied the notice of removal and attendant papers as required by 28 U.S.C. § 1455 (b)(4). In order that an evidentiary hearing may promptly be held, 28 U.S.C. § 1455 (b)(5), the following schedule shall be observed: Any motion for remand, and supporting papers, shall be filed by May 30, 2023; Opposition papers shall be filed by June 15, 2023; Reply papers shall be filed by June 23, 2023. An evidentiary hearing, to the extent that there are disputed issues of fact, and argument as to the law, shall be held June 27, 2023, 2:30 pm, 500 Pearl Street, New York, NY 10007, Courtroom 26A. In the meantime, proceedings may continue in the Supreme Court of the State of New York, New York County. See 28 U.S.C. § 1455 (b)(3). SO ORDERED. ( Evidentiary Hearing set for 6/27/2023 at 02:30 PM in Courtroom 26A, 500 Pearl Street, New York, NY 10007 before Judge Alvin K. Hellerstein.). (Signed by Judge Alvin K. Hellerstein on 5/9/23) (yv) (Entered: 05/09/2023) |
| 05/09/2023 | 9 | NOTICE OF APPEARANCE by Susan D. Hoffinger on behalf of People of The State of New York..(Hoffinger, Susan) (Entered: 05/09/2023) |
| 05/09/2023 | | Set/Reset Deadlines: Motions due by 5/30/2023. Responses due by 6/15/2023. Replies due by 6/23/2023. (yv) (Entered: 05/26/2023) |
| 05/15/2023 | 10 | NOTICE OF APPEARANCE by Katherine Caldwell Ellis on behalf of People of The State of New York..(Ellis, Katherine) (Entered: 05/15/2023) |
| 05/18/2023 | 11 | NOTICE OF APPEARANCE by Christopher Conroy, I on behalf of People of The State of New York..(Conroy, Christopher) (Entered: 05/18/2023) |
| 05/24/2023 | 12 | NOTICE OF APPEARANCE by Rebecca Grace Mangold on behalf of People of The State of New York..(Mangold, Rebecca) (Entered: 05/24/2023) |
| 05/26/2023 | 13 | NOTICE OF APPEARANCE by Steven Chiajon Wu on behalf of People of The State of New York..(Wu, Steven) (Entered: 05/26/2023) |
| 05/30/2023 | 14 | NOTICE OF APPEARANCE by Philip Vyse Tisne on behalf of People of The State of New York..(Tisne, Philip) (Entered: 05/30/2023) |

| | | |
|---|---|---|
| 05/30/2023 | 15 | MOTION to Seal . Document filed by People of The State of New York..(Mangold, Rebecca) (Entered: 05/30/2023) |
| 05/30/2023 | 16 | MEMORANDUM OF LAW in Support re: 15 MOTION to Seal . . Document filed by People of The State of New York..(Mangold, Rebecca) (Entered: 05/30/2023) |
| 05/30/2023 | 17 | MOTION to Remand . Document filed by People of The State of New York..(Colangelo, Matthew) (Entered: 05/30/2023) |
| 05/30/2023 | 18 | DECLARATION of Matthew Colangelo in Support re: 15 MOTION to Seal ., 17 MOTION to Remand .. Document filed by People of The State of New York. (Attachments: # 1 Exhibit 1 (slipsheet for sealed exhibit), # 2 Exhibit 2 (People's Response to Defendant's Request for a Bill of Particulars (May 12, 2023)), # 3 Exhibit 3 (slipsheet for sealed exhibit), # 4 Exhibit 4 (Donald J. Trump, @realDonaldTrump, Twitter (May 3, 2018)), # 5 Exhibit 5 (May 4, 2018 Statement from Rudy Giuliani), # 6 Exhibit 6 (Transcript of Rudy Giuliani interview, Hannity (Fox News broadcast May 2, 2018)), # 7 Exhibit 7 (Transcript of Rudy Giuliani interview, This Week (ABC News broadcast May 6, 2018)), # 8 Exhibit 8 (slipsheet for sealed exhibit), # 9 Exhibit 9 (slipsheet for sealed exhibit), # 10 Exhibit 10 (slipsheet for sealed exhibit), # 11 Exhibit 11 (slipsheet for sealed exhibit), # 12 Exhibit 12 (slipsheet for sealed exhibit), # 13 Exhibit 13 (Complaint, Trump v. Cummings, No. 19−cv−1136 (D.D.C. filed Apr. 22, 2019)), # 14 Exhibit 14 (Complaint, Trump v. Deutsche Bank AG, No. 1:19−cv−03826 (S.D.N.Y. filed Apr. 29, 2019)), # 15 Exhibit 15 (1982 Office of Legal Counsel memo), # 16 Exhibit 16 (Brief for United States as Amicus Curiae, Blassingame v. Trump, No. 22−5069 (D.C. Cir. filed Mar. 2, 2023)), # 17 Exhibit 17 (2018 Office of Special Counsel advisory), # 18 Exhibit 18 (2000 Office of Legal Counsel memo), # 19 Exhibit 19 (1973 Office of Legal Counsel memo), # 20 Exhibit 20 (Decision & Order, People v. The Trump Corporation (Sept. 6, 2022)), # 21 Exhibit 21 (Information, US v. Cohen, No. 18−cr−602 (S.D.N.Y. Aug. 21, 2018)), # 22 Exhibit 22 (Hearing Transcript, US v. Cohen, No. 18−cr−602 (S.D.N.Y. Aug. 21, 2018)), # 23 Exhibit 23 (1974 Office of Legal Counsel memo), # 24 Exhibit 24 (Protective Order, People v. Trump (May 8, 2023))).(Colangelo, Matthew) (Entered: 05/30/2023) |
| 05/30/2023 | 19 | MEMORANDUM OF LAW in Support re: 17 MOTION to Remand . . Document filed by People of The State of New York..(Colangelo, Matthew) (Entered: 05/30/2023) |
| 06/01/2023 | 20 | ENDORSED LETTER addressed to Matthew Colangelo, Esq.from Alvin K. Hellerstein United States District Judge (Senior) dated 6/1/23 re: conflict. ENDORSEMENT: Any comments or objections' shall be filed with the Clerk of Court on or before June 15, 2023. This letter will be made part of the court records. (Signed by Judge Alvin K. Hellerstein on 6/1/23) (yv) (Entered: 06/01/2023) |
| 06/05/2023 | 21 | LETTER addressed to Judge Alvin K. Hellerstein from Matthew Colangelo dated June 5, 2023 re: the Court's June 1, 2023 letter to counsel (ECF No. 20). Document filed by People of The State of New York..(Colangelo, Matthew) (Entered: 06/05/2023) |
| 06/05/2023 | 22 | LETTER addressed to Judge Alvin K. Hellerstein from Todd Blanche dated 6/5/23 re: conflict. Document filed by Donald J. Trump..(Necheles, Susan) (Entered: 06/05/2023) |
| 06/06/2023 | 23 | ORDER granting 15 Letter Motion to Seal. It is hereby ORDERED that the People's Motion to Seal is GRANTED; and it is further ORDERED that Exhibits 1, 3, 8, 9, 10, 11, and 12 of the May 30, 2023 Declaration of Matthew Colangelo (ECF No. 18) are hereby sealed; and it is further ORDERED that the People shall re−file the Declaration of Matthew Colangelo on ECF with the restrictions necessary for sealed filing. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 6/6/2023) (jca) Modified on 6/6/2023 (jca). (Main Document 23 replaced on 6/6/2023) (jca). (Entered: 06/06/2023) |
| 06/08/2023 | 24 | ***SELECTED PARTIES***DECLARATION of Matthew Colangelo in Support re: 15 MOTION to Seal ., 17 MOTION to Remand .. Document filed by People of The State of New York, Donald J. Trump. (Attachments: # 1 Exhibit 1 (sealed exhibit), # 2 Exhibit 3 (sealed exhibit), # 3 Exhibit 8 (sealed exhibit), # 4 Exhibit 9 (sealed exhibit), # 5 Exhibit 10 (sealed exhibit), # 6 Exhibit 11 (sealed exhibit), # 7 Exhibit 12 (sealed exhibit))Motion or Order to File Under Seal: 23 .(Colangelo, Matthew) (Entered: 06/08/2023) |

| | | |
|---|---|---|
| 06/12/2023 | 26 | DR. LEWIS BROOKS MCKENZIE'S MOTION TO INTERVENE, Re: to Intervene.(sc) (Additional attachment(s) added on 6/15/2023: # 1 Errata Declaration)(sc). (Entered: 06/15/2023) |
| 06/12/2023 | 27 | NOTICE OF PRO SE APPEARANCE. Document filed by Lewis B. McKenzie, Proposed Intervenor. (sc) (Entered: 06/15/2023) |
| 06/12/2023 | 28 | CONSENT TO ELECTRONIC SERVICE. Document filed by Lewis B. McKenzie, Proposed Intervenor. (sc) (Entered: 06/15/2023) |
| 06/12/2023 | 29 | INTERVENOR LEWIS BROOKS MCKENZIE'S NOTICE OF CONSTITUTIONAL QUESTIONS REGARDING THE FEDERAL ELECTION CAMPAIGN ACT. (sc) (Entered: 06/15/2023) |
| 06/12/2023 | 30 | INTERVENOR(Proposed)LEWIS BROOKS MCKENZIE'S MOTION TO CERTIFY QUESTIONS TO THE SECOND CIRCUIT COURT OF APPEALS. (Attachments: # 1 Declaration)(sc) (Entered: 06/15/2023) |
| 06/12/2023 | 31 | MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING. Document filed by Lewis B. McKenzie, Proposed Intervenor. (sc) (Entered: 06/15/2023) |
| 06/12/2023 | 32 | NOTICE OF MOTION TO INTERVENE. Document filed by Lewis B. McKenzie, Proposed Intervenor. (sc) (Entered: 06/15/2023) |
| 06/12/2023 | 33 | NOTICE OF MOTION TO CERTIFY TO 2ND COA, re: to certify questions to the USCA−2nd Circuit . Document filed by Lewis B. McKenzie, Proposed Intervenor. (sc) Modified on 6/15/2023 (sc). (Entered: 06/15/2023) |
| 06/14/2023 | 25 | ORDER DENYING INTERVENTION, McKenzie's motion to intervene is denied. Since McKenzie has no right to intervene, he has no right to have questions certified to the Court of Appeals. The Clerk of the Court shall docket the papers presented by Lewis Brooks McKenzie with this Order. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 6/14/23) (yv) (Entered: 06/14/2023) |
| 06/15/2023 | 34 | MEMORANDUM OF LAW in Opposition re: 17 MOTION to Remand . . Document filed by Donald J. Trump..(Blanche, Todd) (Entered: 06/15/2023) |
| 06/15/2023 | 35 | AFFIRMATION of Todd Blanche in Opposition re: 17 MOTION to Remand .. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit, # 2 Exhibit).(Blanche, Todd) (Entered: 06/15/2023) |
| 06/22/2023 | 36 | JOINT LETTER addressed to Judge Alvin K. Hellerstein from Matthew Colangelo dated June 22, 2023 re: June 27, 2023 Hearing. Document filed by People of The State of New York..(Colangelo, Matthew) (Entered: 06/22/2023) |
| 06/23/2023 | 37 | ORDER REGULATING PROCEEDINGS: The court confirms receipt of the parties' letter, dated June 22, 2023, concerning the June 27, 2023, hearing at 2:30 PM in Courtroom 26A. The order of proceedings at that hearing will be as follows: 1. Arguments from both parties as to whether or not the Court has jurisdiction pursuant to 28 U.S.C. § 1442(a)(1) or must remand the case to the New York Supreme Court. 2. Identification of any factual issues that must be decided and establishment of dates and procedures with regard to such issues. The court acknowledges Defendant's waiver of any right to be physically present at the June 27th hearing. The Court accedes to Defendant's request not to be present. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 6/23/2023) (vfr) (Entered: 06/23/2023) |
| 06/23/2023 | 38 | REPLY MEMORANDUM OF LAW in Support re: 17 MOTION to Remand . . Document filed by People of The State of New York..(Colangelo, Matthew) (Entered: 06/23/2023) |
| 06/23/2023 | 39 | DECLARATION of Matthew Colangelo in Support re: 17 MOTION to Remand .. Document filed by People of The State of New York. (Attachments: # 1 Exhibit 25 (Mem. Supp. Mot. to Dismiss, Thompson v. Trump, No. 21−cv−400−APM (D.D.C. May 26, 2021))).(Colangelo, Matthew) (Entered: 06/23/2023) |
| 06/27/2023 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein: Evidentiary Hearing held on 6/27/2023. (Court Reporter Sadie Herbert) (Jones, Brigitte) (Entered: 07/06/2023) |

| | | |
|---|---|---|
| 06/29/2023 | 40 | LETTER addressed to Judge Alvin K. Hellerstein from Matthew Colangelo dated June 29, 2023 re: hearing exhibits. Document filed by People of The State of New York. (Attachments: # 1 Exhibit 26 (Transcript of Jan. 11, 2017 news conference), # 2 Exhibit 27 (check and check stubs dated 08/01/17)).(Colangelo, Matthew) (Entered: 06/29/2023) |
| 07/17/2023 | 41 | TRANSCRIPT of Proceedings re: HEARING held on 6/27/2023 before Judge Alvin K. Hellerstein. Court Reporter/Transcriber: Sadie Herbert, (212) 805–0310. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/7/2023. Redacted Transcript Deadline set for 8/17/2023. Release of Transcript Restriction set for 10/16/2023..(McGuirk, Kelly) (Entered: 07/17/2023) |
| 07/17/2023 | 42 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 6/27/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/17/2023) |
| 07/19/2023 | 43 | ORDER AND OPINION GRANTING MOTION TO REMAND re: 17 MOTION to Remand . filed by People of The State of New York. Trump has failed to show that the conduct charged by the Indictment is for or relating to any act performed by or for the President under color of the official acts of a President. Trump also has failed to show that he has a colorable federal defense to the Indictment. For either or both of these reasons, the People's motion to remand the case is granted. The Clerk shall remand the case file to the New York Supreme Court, New York County. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 7/19/23) (yv) Transmission to Docket Assistant Clerk for processing. (Entered: 07/19/2023) |
| 07/19/2023 | | CASE REMANDED OUT from the U.S.D.C. Southern District of New York to the State Court – Supreme Court of the State of New York, County of New York. Sent certified copy of docket entries and remand order. Mailed via UPS Tracking Number 1ze22e533710077453 on 7/20/23. (yv) (Entered: 07/21/2023) |
| 07/28/2023 | 44 | NOTICE OF APPEAL from 43 Memorandum & Opinion,,,. Document filed by Donald J. Trump. Filing fee $ 505.00, receipt number ANYSDC–28071497. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Stern, Gedalia) (Entered: 07/28/2023) |
| 07/28/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 44 Notice of Appeal. (km) (Entered: 07/28/2023) |
| 07/28/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 44 Notice of Appeal filed by Donald J. Trump were transmitted to the U.S. Court of Appeals. (km) (Entered: 07/28/2023) |
| 11/15/2023 | 45 | MANDATE of USCA (Certified Copy) as to 44 Notice of Appeal filed by Donald J. Trump USCA Case Number 23–1085. Appellant moves to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b). IT IS HEREBY ORDERED that the motion is GRANTED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 11/15/2023. (tp) (Entered: 11/15/2023) |
| 11/15/2023 | | Transmission of USCA Mandate/Order to the District Judge re: 45 USCA Mandate. (tp) (Entered: 11/15/2023) |
| 08/29/2024 | 46 | **FILING ERROR – DEFICIENT PLEADING**– NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 71543–23. (Filing Fee $ 405.00, Receipt Number ANYSDC–29823550).Document filed by Donald J. Trump..(Bove, Emil) Modified on 8/30/2024 (vf). (Entered: 08/29/2024) |
| 08/29/2024 | 47 | AFFIRMATION of Emil Bove re: 46 Notice of Removal *Second Notice of Removal*. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit F (September 29, 2023 Memorandum of Law (Redacted)), # 2 Exhibit G (February 15, 2024 Decision and Order), # 3 Exhibit H (February 22, 2024 DANY Motions in Limine), # 4 Exhibit I (March 18, 2024 Decision and Order), # 5 Exhibit J (May 13, 2024 DANY Proposed |

| | | |
|---|---|---|
| | | Jury Instructions), # 6 Exhibit K (May 14, 2024 President Trump Proposed Jury Instructions), # 7 Exhibit L (May 17, 2024 DANY Response To Proposed Jury Instructions), # 8 Exhibit M (Excerpts of Trial Transcript), # 9 Exhibit N (March 7, 2024 Memorandum of Law (Redacted)), # 10 Exhibit O (March 13, 2024 Memorandum of Law), # 11 Exhibit P (April 3, 2024 Decision and Order), # 12 Exhibit Q (April 15, 2024 Letter), # 13 Exhibit R (April 16, 2024 Letter), # 14 Exhibit S (August 2, 2024 Letter), # 15 Exhibit T (July 1, 2024 Letter), # 16 Exhibit U (July 2, 2024 Letter), # 17 Exhibit V (July 10, 2024 Memorandum of Law (Redacted)), # 18 Exhibit W (July 24, 2024 Memorandum of Law (Redacted)), # 19 Exhibit X (July 31, 2024 Memorandum of Law (Redacted)), # 20 Exhibit Y (May 31, 2023 Memorandum of Law), # 21 Exhibit Z (August 11, 2023 Decision (Redacted)), # 22 Exhibit AA (April 3, 2024 Memorandum of Law), # 23 Exhibit BB (April 3, 2024 Affirmation), # 24 Exhibit CC (May 18, 2024 Article), # 25 Exhibit DD (July 31, 2024 Letter), # 26 Exhibit EE (August 1, 2024 Letter), # 27 Exhibit FF (August 5, 2024 Letter), # 28 Exhibit GG (August 13, 2024 Decision), # 29 Exhibit HH (August 14, 2024 Letter), # 30 Exhibit II (DANY Trial Exhibits 407–F through 407–I), # 31 Exhibit JJ (DANY Trial Exhibit 207 (Redacted)), # 32 Exhibit KK (Excerpts of DANY Trial Exhibit 81), # 33 Exhibit LL (July 15, 2019 Letter (Redacted))).(Bove, Emil) (Entered: 08/29/2024) |
| 08/30/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Emil Bove to RE–FILE re: Document No. 46 Notice of Removal. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; the wrong event type was used to file the pleading; Court's leave has not been granted; the order granting permission to file the pleading was not attached. Re–file the pleading using the event type Amended Notice of Removal found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave. (vf) (Entered: 08/30/2024) |
| 09/03/2024 | 48 | MOTION for Leave to File Second Removal Notice . Document filed by Donald J. Trump..(Bove, Emil) (Entered: 09/03/2024) |
| 09/03/2024 | 49 | MEMORANDUM OF LAW in Support re: 48 MOTION for Leave to File Second Removal Notice . . Document filed by Donald J. Trump. (Attachments: # 1 Exhibit A. Second Removal Notice).(Bove, Emil) (Entered: 09/03/2024) |
| 09/03/2024 | 50 | ORDER AND OPINION DENYING MOTION FOR LEAVE TO FILE REMOVAL PAPERS re: 48 MOTION for Leave to File Second Removal Notice . filed by Donald J. Trump. It "clearly appears on the face of the notice and... exhibits attached thereto" that removal should not be permitted. Good cause has not been shown, and leave to remove the case is not granted. The Clerk shall terminate ECF No. 48. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 9/3/24) (yv) (Entered: 09/03/2024) |
| 09/03/2024 | 51 | NOTICE OF APPEAL from 50 Memorandum & Opinion,. Document filed by Donald J. Trump. Filing fee $ 605.00, receipt number ANYSDC–29838364. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Bove, Emil) (Entered: 09/03/2024) |
| 09/04/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 51 Notice of Appeal. (tp) (Entered: 09/04/2024) |
| 09/04/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 51 Notice of Appeal filed by Donald J. Trump were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/04/2024) |