## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: People of the State of New York v. Trump      Docket No.: 24-2299

Lead Counsel of Record (name/firm) or Pro se Party (name): Emil Bove, Blanche Law PLLC

Appearance for (party/designation): President Donald J. Trump, Defendant-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.   Please change the following parties' designations:
    Party                             Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Emil Bove
Firm: Blanche Law PLLC
Address: 99 Wall Street, Suite 4460
Telephone: 212-716-1250          Fax: _____
Email: emil.bove@blanchelaw.com

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: People of the State of New York v. Trump, No. 23-1085

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 9/4/2024 OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: *Emil Bove*
Type or Print Name: Emil Bove
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.