## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **People of the State of New York v. Trump**　　　Docket No.: **24-2299**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Todd Blanche

Firm: Blanche Law PLLC

Address: 99 Wall Street, Suite 4460, New York, NY 10005

Telephone: 212-716-1250　　　Fax:

E-mail: toddblanche@blanchelaw.com

Appearance for: Donald J. Trump, Defendant-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Emil Bove, Blanche Law PLLC)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 9/4/2024　OR

☐ I applied for admission on _____.

Signature of Counsel: *Todd Blanche*

Type or Print Name: Todd Blanche