## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: People of the State of New York v. Trump _____        Docket No.: 24-2299 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Steven C. Wu

Firm: New York County District Attorney's Office

Address: One Hogan Place  New York, NY 10013

Telephone: (212) 335-9326 _____ Fax: (212) 335-9288

E-mail: wus@dany.nyc.gov

Appearance for: Appellee People of the State of New York
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Patricia J Bailey, Assistant District Attorney )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on October 24, 2023 _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Steven C. Wu

Type or Print Name: Steven C. Wu