# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** People of the State of New York v. Trump     **Docket No.:** 24-2299

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Philip V. Tisne

**Firm:** New York County District Attorney's Office

**Address:** One Hogan Place

**Telephone:** (212) 335-3824     **Fax:**

**E-mail:** tisnep@dany.nyc.gov

**Appearance for:** The People of the State of New York / appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Steven Wu, New York County District Attorney's Office )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on July 28, 2023     OR

☐ I applied for admission on _____ .

**Signature of Counsel:** [signature]

**Type or Print Name:** Philip V. Tisne