**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY

September 5, 2024

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *People of the State of New York v. Trump*, No. 24-2299

Dear Ms. Wolfe:

Earlier today, the People informed the Court that the judge presiding over defendant's state criminal case intended to issue a decision today on defendant's request to adjourn sentencing. The judge has now informed the parties that the decision will be rendered tomorrow, September 6, 2024.

Respectfully submitted,

/s/ Steven C. Wu

Steven C. Wu
Chief of Appeals
New York County District Attorney's Office
One Hogan Place
New York, New York 10013
(212) 335-9326

Cc: counsel of record (by ECF)