# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of September, two thousand twenty-four.

Before:      Richard J. Sullivan,
                     *Circuit Judge*.

---

People of the State of New York,

        Defendant - Appellee,

  v.

Donald J. Trump,

        Defendant - Appellant.

---

**ORDER**

Docket No. 24-2299

     Appellant moves for a stay of the district court's September 3, 2024 order.

     IT IS HEREBY ORDERED that the motion is REFERRED to the panel sitting September 10, 2024.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

