**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: September 6, 2024
Docket #: 24-2299
Short Title: People of the State of New York v. Trump

DC Docket #: 1:23-cv-3773
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Alvin K. Hellerstein

### NOTICE OF MOTION PLACED ON THE CALENDAR

A motion to stay filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, September 10, 2024.

Inquiries regarding this case may be directed to 212-857-8595.