---

**No. 24-2299**

---

In the United States Court of Appeals
for the Second Circuit

———————————————

PEOPLE OF THE STATE OF NEW YORK,
PLAINTIFF-APPELLEE

*v.*

PRESIDENT DONALD J. TRUMP,
DEFENDANT-APPELLANT

———————————————

On Appeal from the United States District Court
For the Southern District of New York (No. 23-3773)
The Honorable Alvin K. Hellerstein

———————————————

**MOTION OF AMERICA FIRST POLICY INSTITUTE
TO FILE *AMICUS CURIAE* BRIEF**

———————————————

PAM BONDI
MATTHEW WHITAKER
JESSICA HART STEINMANN
RICHARD LAWSON
MICHAEL BERRY
AMERICA FIRST POLICY INSTITUTE
1635 Roger Road
Fort Worth, Texas 76107
T: (703) 637-3690
E: mberry@americafirstpolicy.com

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), America First Policy Institute ("AFPI") makes this motion for leave to file the accompanying *amicus curiae* brief in support of Defendant-Appellant's motion for stay pending appeal. AFPI contacted the parties by email dated September 6, 2024 and reports that Plaintiff-Appellee takes no position and Defendant-Appellant does not oppose.

America First Policy Institute ("AFPI") is a 501(c)(3) non-profit, non-partisan research institute dedicated to advancing policies that put the American people first. Its guiding principles are liberty, free enterprise, the rule of law, America-first foreign policy, and a belief that American workers, families, and communities are the key to our country's success.

AFPI's leadership includes many former leaders of the United States government. AFPI's leaders and members alike appreciate that bedrock principles of separation of powers, enshrined in the Nation's constitutional design from its birth, produce critical checks on government power while promoting accountability to the American people.

AFPI believes that the court below erred when it summarily remanded Defendant-Appellant's Second Notice of Removal without holding an evidentiary hearing. Congress intended removal for federal officials to be broadly construed to prevent state interference with federal operations and to ensure federal officials can

vindicate their interests before a federal court. The federal interests at issue in this case— the doctrine of presidential immunity, the Supremacy Clause, the Sixth Amendment, and the First Amendment—are of paramount importance and can only be properly adjudicated by a federal court. Accordingly, AFPI seeks leave to file this *amicus* in support of Defendant-Appellant's motion for stay pending this Court's review of the removal order issued below.

For the foregoing reasons, AFPI's motion for leave to file an *amicus curiae* brief should be GRANTED.

Dated: September 9, 2024                                Respectfully submitted,

 /s/ Michael Berry
Michael Berry

Pam Bondi
Matthew Whitaker
Jessica Hart Steinmann
Richard Lawson
America First Policy Institute
1635 Roger Road
Fort Worth, Texas 76107
T: 703.637.3690
E: mberry@americafirstpolicy.com

## CERTIFICATE OF COMPLIANCE

I, Michael Berry, counsel for *amicus curiae* America First Policy Institute and a member of the bar of this Court, certify, pursuant to Federal Rules of Appellate Procedure 27(d)(2) and 32(g), that the foregoing motion is proportionately spaced, has a typeface of 14 points, and contains 284 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f).

Dated: September 9, 2024　　　　　　　/s/ Michael Berry
　　　　　　　　　　　　　　　　　　Michael Berry

## CERTIFICATE OF SERVICE

    I, Michael Berry, counsel for *amicus curiae* America First Policy Institute and a member of the bar of this Court, certify that on September 9, 2024, the foregoing motion was filed using the Court's CM/ECF filing system. I further certify that all participants in the case are registered users with the CM/ECF filing system and that service will be accomplished by that system.

Dated: September 9, 2024          /s/ Michael Berry
                                                 Michael Berry