# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of September, two thousand twenty-four.

Before:     Raymond J. Lohier, Jr.,
               *Circuit Judge.*

_____

People of the State of New York,

        Defendant - Appellee,

    v.

Donald J. Trump,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 24-2299

    America First Policy Institute moves for leave to file an amicus brief in support of the Appellant's motion for a stay pending appeal.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                            For the Court:

                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court