S.D.N.Y.
23-cv-3773
Hellerstein, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of September, two thousand twenty-four.

Present:
>John M. Walker, Jr.,
>Raymond J. Lohier, Jr.,
>Michael H. Park,
>>*Circuit Judges*.

People of the State of New York,

>*Defendant-Appellee*,

v.                                                                24-2299

Donald J. Trump,

>*Defendant-Appellant*,

Appellant moves to stay the district court's September 4, 2024 order, which denied leave to file a second removal notice. *See* 28 U.S.C. § 1455(b)(1), (2). In light of the state court's adjournment of sentencing until November 26, 2024, it is hereby ORDERED that the motion for an emergency administrative stay is DENIED. *See* CA2 Local Rule 27.1(d).

>FOR THE COURT:
>Catherine O'Hagan Wolfe, Clerk of Court

