UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>ALAN DERSHOWITZ,<br><br>    Defendant / Counterclaim Plaintiff. | Case No. 19-cv-03377-LAP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice and without costs or award of fees to either party. All rights of appeal are hereby waived. The undersigned represent all parties who have appeared in this action.

Date: November 8, 2022

For Plaintiff:

/s/Charles J. Cooper
Charles J. Cooper*
Michael W. Kirk
Nicole J. Moss*
Haley N. Proctor*
COOPER & KIRK PLLC
1523 New Hampshire Ave. NW
Washington, D.C. 20036
(202) 220-9600
ccooper@cooperkirk.com
mkirk@cooperkirk.com
nmoss@cooperkirk.com
hproctor@cooperkirk.com
*Admitted PHV
*Attorneys for Plaintiff Virginia Giuffre*

For Defendant:

/s/Christian G. Kiely
Howard M. Cooper*
Christian G. Kiely*
Kristine C. Oren*
TODD & WELD LLP
One Federal Street, 27th Fl.
Boston, MA 02110
(617) 720-2626
hcooper@toddweld.com
ckiely@toddweld.com
koren@toddweld.com
*Admitted PHV

Arthur L. Aidala
Imran H. Ansari

AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue, 6th Floor
New York, NY 10036
(212) 486-0011
iansari@aidalalaw.com
aidalesq@aidalalaw.com
*Attorneys for Defendant Alan Dershowitz*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that the foregoing was served upon all counsel of record using the CM/ECF system.

                    s/ Charles J. Cooper
                    Charles J. Cooper*
                    COOPER & KIRK PLLC
                    1523 New Hampshire Ave. NW Washington, DC 20036
                    (202) 220-9600
                    *Admitted PHV

                    *Attorney for Plaintiff Virginia Giuffre*