# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE**     **2. PLEASE TYPE OR PRINT**     **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| People of the State of New York<br><br>Plaintiff-Appellee<br>v.<br>President Donald J. Trump<br><br>Defendant-Appellant | S.D.N.Y. | Judge Alvin K. Hellerstein |
| | Date the Order or Judgment Appealed from was Entered on the Docket:<br>September 3, 2024 | District Court Docket No.:<br>1:23-cv-03773-AKH |
| | Date the Notice of Appeal was Filed:<br>September 3, 2024 | Is this a Cross Appeal?<br>☐ Yes   ☑ No |

| **Attorney(s) for Appellant(s):**<br>☐ Plaintiff<br>☑ Defendant | Counsel's Name: | Address: | Telephone No.: | Fax No.: | E-mail: |
|---|---|---|---|---|---|
| | Emil Bove | 99 Wall St., Suite 4460, New York, NY 10005 | (212) 716-1250 | | Emil.Bove@blanchelaw.com |
| | Todd Blanche | 99 Wall St., Suite 4460, New York, NY 10005 | (212) 716-1250 | | ToddBlanche@blanchelaw.com |

| **Attorney(s) for Appellee(s):**<br>☑ Plaintiff<br>☐ Defendant | Counsel's Name: | Address: | Telephone No.: | Fax No.: | E-mail: |
|---|---|---|---|---|---|
| | Steven C. Wu | One Hogan Place New York, NY 10013 | (212) 335-9326 | (212) 335-9288 | wus@dany.nyc.gov |
| | Phillip V. Tisne | One Hogan Place New York, NY 10013 | (212) 335-9326 | (212) 335-9288 | tisnep@dany.nyc.gov |

| Has Transcript Been Prepared?<br>N/A | Approx. Number of Transcript Pages:<br>N/A | Number of Exhibits Appended to Transcript:<br>N/A | Has this matter been before this Circuit previously? ☑ Yes  ☐ No<br><br>If Yes, provide the following:<br><br>Case Name: People of the State of New York v. Trump<br><br>2d Cir. Docket No.: 23-1085     Reporter Citation: (i.e., F.3d or Fed. App.)   N/A |
|---|---|---|---|

*ADDENDUM "A"*:  COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION;  (2) THE RESULT BELOW;  (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND  (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*:  COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

### PART A:  JURISDICTION

| 1. Federal Jurisdiction | 2. Appellate Jurisdiction |
|---|---|
| ☐ U.S. a party<br>☑ Federal question (U.S. not a party) | ☑ Diversity<br>☑ Other (specify): 28 USC 1442(a)(1) | ☑ Final Decision<br>☐ Interlocutory Decision Appealable As of Right | ☐ Order Certified by District Judge (i.e., Fed . R . Civ . P . 54(b))<br>☑ Other (specify): 28 USC 1447(d) |

**IMPORTANT.  COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

**FORM C**  (Rev. October  2016)

## PART B:  DISTRICT COURT DISPOSITION   (Check as many as apply)

**1. Stage of Proceedings**

- [ ] Pre-trial
- [ ] During trial
- [x] After trial

2d removal notice filed after New York County trial

**2. Type of Judgment/Order Appealed**

- [ ] Default judgment
- [ ] Dismissal/FRCP 12(b)(1) lack of subject matter juris.
- [ ] Dismissal/FRCP 12(b)(6) failure to state a claim
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) frivolous complaint
- [ ] Dismissal/28 U.S.C. § 1915(e)(2) other dismissal
- [ ] Dismissal/other jurisdiction
- [ ] Dismissal/merit
- [x] Judgment / Decision of the Court
- [ ] Summary judgment
- [ ] Declaratory judgment
- [ ] Jury verdict
- [ ] Judgment NOV
- [ ] Directed verdict

**3. Relief**

- [ ] Damages:
  - [ ] Sought: $ _____
  - [ ] Granted: $ _____
  - [ ] Denied: $ _____
- [ ] Injunctions:
  - [ ] Preliminary
  - [ ] Permanent
  - [ ] Denied

Federal removal denied

## PART C:  NATURE OF SUIT   (Check as many as apply)

**1. Federal Statutes**

- [ ] Antitrust
- [ ] Bankruptcy
- [ ] Banks/Banking
- [ ] Civil Rights
- [ ] Commerce
- [ ] Energy
- [ ] Commodities
- [x] Other (specify): 28 USC 1442(a)(1)
- [ ] Communications
- [ ] Consumer Protection
- [ ] Copyright / Patent
- [ ] Trademark
- [ ] Election
- [ ] Soc. Security
- [ ] Environmental
- [ ] Freedom of Information Act
- [ ] Immigration
- [ ] Labor
- [ ] OSHA
- [ ] Securities
- [ ] Tax

**2. Torts**

- [ ] Admiralty/ Maritime
- [ ] Assault / Defamation
- [ ] FELA
- [ ] Products Liability
- [ ] Other (Specify):

**3. Contracts**

- [ ] Admiralty/ Maritime
- [ ] Arbitration
- [ ] Commercial
- [ ] Employment
- [ ] Insurance
- [ ] Negotiable Instruments
- [ ] Other Specify

**4. Prisoner Petitions**

- [ ] Civil Rights
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Parole
- [ ] Vacate Sentence
- [ ] Other

**5. Other**

- [ ] Hague Int'l Child Custody Conv.
- [ ] Forfeiture/Penalty
- [ ] Real Property
- [ ] Treaty (specify): _____
- [ ] Other (specify): _____

**6. General**

- [ ] Arbitration
- [ ] Attorney Disqualification
- [ ] Class Action
- [ ] Counsel Fees
- [ ] Shareholder Derivative
- [ ] Transfer

**7. Will appeal raise constitutional issue(s)?**

- [x] Yes
- [ ] No

Will appeal raise a matter of first impression?

- [x] Yes
- [ ] No

---

1. Is any matter relative to this appeal still pending below? [ ] Yes, specify: _____  [x] No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:

   (A)   Arises from substantially the same case or controversy as this appeal?   [ ] Yes   [x] No

   (B)   Involves an issue that is substantially similar or related to an issue in this appeal?   [x] Yes   [ ] No

If yes, state whether ☐ "A," or ☑ "B," or ☐ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: People of the State of New York v. Trump | Docket No. Index No. 71543-23 | Citation: | Court or Agency: Sup. Ct., N.Y. Cnty. |
|---|---|---|---|

| Name of Appellant: President Donald J. Trump |
|---|

| Date: September 13, 2024 | Signature of Counsel of Record: /s/ Emil Bove |
|---|---|

# NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.

2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.

3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

**FORM C**  (Rev. December 2016)

# ADDENDUM A

1. **Nature of the Action**:

a. This action arises out of President Trump's Second Removal Notice pursuant to the federal-officer removal statute, 28 U.S.C. § 1442(a)(1), based on federal defenses relating to Presidential immunity and preemption, and because the underlying prosecution in New York County relied on evidence of President Trump's official acts while serving as President of the United States.

b. President Trump's position in the district court, and on appeal, is that federal-officer removal is necessary and supported by good cause relating to events in the underlying New York County prosecution subsequent to the district court's remand of the First Removal Notice on July 19, 2023. *See* 28 U.S.C. § 1455(b)(1)-(2).

c. President Trump's showing of "good cause," *id.*, included, among other things: (1) three intervening Supreme Court decisions relevant to the defenses raised in the First and Second Removal Notices, *see Trump v. United States*, 144 S. Ct. 2312 (2024), *Trump v. Anderson*, 601 U.S. 100 (2024), and *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244 (2024); (2) the post-trial presentation of first-

impression issues relating to the Presidential immunity doctrine under *Trump v. United States*, which was decided after the trial, that will impact the institution of the Presidency for generations; (3) the apparent inadequacy of New York procedures to litigate the Presidential immunity doctrine in the manner prescribed by the Supreme Court in *Trump v. United States*, including through interlocutory appeals; (4) the prosecutors' violation in the New York County proceedings of representations they made to the district court in connection with the First Removal Notice regarding President Trump's Presidential immunity and preemption defenses; and (5) new evidence of judicial bias and local hostilities.

2.   **Result Below**:  On September 3, 2024, the district court erred by invoking the summary remand procedures of 28 U.S.C. § 1455(b)(4) and ignoring President Trump's good-cause showings under 28 U.S.C. § 1455(b)(1)-(2).

3.   **Notice of Appeal & Docket Sheet**:  *See* Exhibit 1.

4.   **Relevant Opinions & Orders**:  *See* Exhibit 2.

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK,<br><br>- v. -<br><br>DONALD J. TRUMP,<br><br>                       Defendant. | **NOTICE OF APPEAL**<br><br>No. 23 Civ. 3773 (AKH) |

Notice is hereby given that President Donald J. Trump, the above-captioned defendant, appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered on September 3, 2024 (ECF No. 50), denying leave to file and summarily remanding President Trump's Second Removal Notice pursuant to 28 U.S.C. § 1455(b)(4).

Dated:      September 3, 2024
              New York, N.Y.

By: /s/ Emil Bove
Todd Blanche
Emil Bove
Blanche Law PLLC
99 Wall Street, Suite 4460
New York, NY 10005
212-716-1250
toddblanche@blanchelaw.com

*Attorneys for President Donald J. Trump*

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:23−cv−03773−AKH

| | |
|---|---|
| People of The State of New York v. Trump | Date Filed: 05/04/2023 |
| Assigned to: Judge Alvin K. Hellerstein | Date Terminated: 07/19/2023 |
| Case in other court:  New York Supreme Court, New York | Jury Demand: None |
| County, 71543−23 | Nature of Suit: 540 Mandamus & Other |
| Cause: 28:1442nr Notice of Removal | Jurisdiction: Federal Question |

**Plaintiff**

**People of The State of New York**                 represented by

**Matthew Colangelo**
NY County District Attorney's Office
1 Hogan Place
New York, NY 10013
212−335−3464
Email: colangelom@dany.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Grace Mangold**
New York County District Attorney's
Office
80 Centre Street
New York, NY 10013
212−335−9000
Email: mangoldr@dany.nyc.gov
*LEAD ATTORNEY*

**Catherine McCaw**
New York County District Attorney's Offi
1 Hogan Place
New York, NY 10013
212−335−9732
Email: mccawc@dany.nyc.gov
*ATTORNEY TO BE NOTICED*

**Christopher Conroy , I**
New York County District Attorney's Offi
Investigation Division
One Hogan Place
Ste 751
New York, NY 10013
212−335−3743
Fax: 212−335−9800
Email: conroyc@dany.nyc.gov
*ATTORNEY TO BE NOTICED*

**Katherine Caldwell Ellis**
New York County District Attorney's Offi
80 Centre Street
New York, NY 10013
212−335−9000
Email: ellisk@dany.nyc.gov
*ATTORNEY TO BE NOTICED*

**Philip Vyse Tisne**
Manhattan District Attorney's Office
One Hogan Place
New York, NY 10013
212−335−3824
Email: tisnep@dany.nyc.gov

*ATTORNEY TO BE NOTICED*

**Steven Chiajon Wu**
New York County District Attorney
1 Hogan
New York, NY 10013
212−335−9326
Email: wus@dany.nyc.gov
*ATTORNEY TO BE NOTICED*

**Susan D. Hoffinger**
New York County District Attorney's
Office
1 Hogan Place
New York
New York, NY 10013
212−335−9000
Email: hoffingers@dany.nyc.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Donald J. Trump**                    represented by  **Todd Blanche**
Blanche Law
99 Wall Street
New York, NY 10005
212−312−1860
Email: toddblanche@blanchelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emil Bove**
Blanche Law
99 Wall Street, Suite 4460
New York, NY 10005
212−716−1250
Email: emil.bove@blanchelaw.com
*ATTORNEY TO BE NOTICED*

**Susan Rose Necheles**
NechelesLaw LLP
1120 6th Ave
4th Floor
New York, NY 10036
212−997−7400
Email: srn@necheleslaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 05/04/2023 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 71543−23. (Filing Fee $ 402.00, Receipt Number ANYSDC−27699019).Document filed by Donald J. Trump. (Attachments: # 1 Affidavit declaration and exhibits).(Necheles, Susan) (Entered: 05/04/2023) |
| 05/04/2023 | 2 | NOTICE OF APPEARANCE by Susan Rose Necheles on behalf of Donald J. Trump..(Necheles, Susan) (Entered: 05/04/2023) |
| 05/04/2023 | 3 | NOTICE OF APPEARANCE by Matthew Colangelo on behalf of People of The State of New York..(Colangelo, Matthew) (Entered: 05/04/2023) |

| | | |
|---|---|---|
| 05/05/2023 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Susan Rose Necheles. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (jgo)** (Entered: 05/05/2023) |
| 05/05/2023 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Ronnie Abrams. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(jgo) (Entered: 05/05/2023) |
| 05/05/2023 | | Magistrate Judge Barbara C. Moses is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (jgo) (Entered: 05/05/2023) |
| 05/05/2023 | | Case Designated ECF. (jgo) (Entered: 05/05/2023) |
| 05/05/2023 | 4 | NOTICE OF CASE REASSIGNMENT to Judge Alvin K. Hellerstein. Judge Ronnie Abrams is no longer assigned to the case. (laq) (Entered: 05/05/2023) |
| 05/05/2023 | 5 | NOTICE OF APPEARANCE by Todd Blanche on behalf of Donald J. Trump..(Blanche, Todd) (Entered: 05/05/2023) |
| 05/08/2023 | 6 | CONSENT MOTION for Conference re: 1 Notice of Removal, . Document filed by People of The State of New York..(Colangelo, Matthew) (Entered: 05/08/2023) |
| 05/09/2023 | 7 | NOTICE OF APPEARANCE by Catherine McCaw on behalf of People of The State of New York..(McCaw, Catherine) (Entered: 05/09/2023) |
| 05/09/2023 | 8 | ORDER REGULATING PROCEEDINGS granting 6 Motion for Conference re: 6 CONSENT MOTION for Conference re: 1 Notice of Removal, . I have studied the notice of removal and attendant papers as required by 28 U.S.C. § 1455 (b)(4). In order that an evidentiary hearing may promptly be held, 28 U.S.C. § 1455 (b)(5), the following schedule shall be observed: Any motion for remand, and supporting papers, shall be filed by May 30, 2023; Opposition papers shall be filed by June 15, 2023; Reply papers shall be filed by June 23, 2023. An evidentiary hearing, to the extent that there are disputed issues of fact, and argument as to the law, shall be held June 27, 2023, 2:30 pm, 500 Pearl Street, New York, NY 10007, Courtroom 26A. In the meantime, proceedings may continue in the Supreme Court of the State of New York, New York County. See 28 U.S.C. § 1455 (b)(3). SO ORDERED. ( Evidentiary Hearing set for 6/27/2023 at 02:30 PM in Courtroom 26A, 500 Pearl Street, New York, NY 10007 before Judge Alvin K. Hellerstein.). (Signed by Judge Alvin K. Hellerstein on 5/9/23) (yv) (Entered: 05/09/2023) |
| 05/09/2023 | 9 | NOTICE OF APPEARANCE by Susan D. Hoffinger on behalf of People of The State of New York..(Hoffinger, Susan) (Entered: 05/09/2023) |
| 05/09/2023 | | Set/Reset Deadlines: Motions due by 5/30/2023. Responses due by 6/15/2023. Replies due by 6/23/2023. (yv) (Entered: 05/26/2023) |
| 05/15/2023 | 10 | NOTICE OF APPEARANCE by Katherine Caldwell Ellis on behalf of People of The State of New York..(Ellis, Katherine) (Entered: 05/15/2023) |
| 05/18/2023 | 11 | NOTICE OF APPEARANCE by Christopher Conroy, I on behalf of People of The State of New York..(Conroy, Christopher) (Entered: 05/18/2023) |
| 05/24/2023 | 12 | NOTICE OF APPEARANCE by Rebecca Grace Mangold on behalf of People of The State of New York..(Mangold, Rebecca) (Entered: 05/24/2023) |
| 05/26/2023 | 13 | NOTICE OF APPEARANCE by Steven Chiajon Wu on behalf of People of The State of New York..(Wu, Steven) (Entered: 05/26/2023) |
| 05/30/2023 | 14 | NOTICE OF APPEARANCE by Philip Vyse Tisne on behalf of People of The State of New York..(Tisne, Philip) (Entered: 05/30/2023) |

| 05/30/2023 | 15 | MOTION to Seal . Document filed by People of The State of New York..(Mangold, Rebecca) (Entered: 05/30/2023) |
|---|---|---|
| 05/30/2023 | 16 | MEMORANDUM OF LAW in Support re: 15 MOTION to Seal . . Document filed by People of The State of New York..(Mangold, Rebecca) (Entered: 05/30/2023) |
| 05/30/2023 | 17 | MOTION to Remand . Document filed by People of The State of New York..(Colangelo, Matthew) (Entered: 05/30/2023) |
| 05/30/2023 | 18 | DECLARATION of Matthew Colangelo in Support re: 15 MOTION to Seal ., 17 MOTION to Remand .. Document filed by People of The State of New York. (Attachments: # 1 Exhibit 1 (slipsheet for sealed exhibit), # 2 Exhibit 2 (People's Response to Defendant's Request for a Bill of Particulars (May 12, 2023)), # 3 Exhibit 3 (slipsheet for sealed exhibit), # 4 Exhibit 4 (Donald J. Trump, @realDonaldTrump, Twitter (May 3, 2018)), # 5 Exhibit 5 (May 4, 2018 Statement from Rudy Giuliani), # 6 Exhibit 6 (Transcript of Rudy Giuliani interview, Hannity (Fox News broadcast May 2, 2018)), # 7 Exhibit 7 (Transcript of Rudy Giuliani interview, This Week (ABC News broadcast May 6, 2018)), # 8 Exhibit 8 (slipsheet for sealed exhibit), # 9 Exhibit 9 (slipsheet for sealed exhibit), # 10 Exhibit 10 (slipsheet for sealed exhibit), # 11 Exhibit 11 (slipsheet for sealed exhibit), # 12 Exhibit 12 (slipsheet for sealed exhibit), # 13 Exhibit 13 (Complaint, Trump v. Cummings, No. 19−cv−1136 (D.D.C. filed Apr. 22, 2019)), # 14 Exhibit 14 (Complaint, Trump v. Deutsche Bank AG, No. 1:19−cv−03826 (S.D.N.Y. filed Apr. 29, 2019)), # 15 Exhibit 15 (1982 Office of Legal Counsel memo), # 16 Exhibit 16 (Brief for United States as Amicus Curiae, Blassingame v. Trump, No. 22−5069 (D.C. Cir. filed Mar. 2, 2023)), # 17 Exhibit 17 (2018 Office of Special Counsel advisory), # 18 Exhibit 18 (2000 Office of Legal Counsel memo), # 19 Exhibit 19 (1973 Office of Legal Counsel memo), # 20 Exhibit 20 (Decision & Order, People v. The Trump Corporation (Sept. 6, 2022)), # 21 Exhibit 21 (Information, US v. Cohen, No. 18−cr−602 (S.D.N.Y. Aug. 21, 2018)), # 22 Exhibit 22 (Hearing Transcript, US v. Cohen, No. 18−cr−602 (S.D.N.Y. Aug. 21, 2018)), # 23 Exhibit 23 (1974 Office of Legal Counsel memo), # 24 Exhibit 24 (Protective Order, People v. Trump (May 8, 2023))).(Colangelo, Matthew) (Entered: 05/30/2023) |
| 05/30/2023 | 19 | MEMORANDUM OF LAW in Support re: 17 MOTION to Remand . . Document filed by People of The State of New York..(Colangelo, Matthew) (Entered: 05/30/2023) |
| 06/01/2023 | 20 | ENDORSED LETTER addressed to Matthew Colangelo, Esq.from Alvin K. Hellerstein United States District Judge (Senior) dated 6/1/23 re: conflict. ENDORSEMENT: Any comments or objections' shall be filed with the Clerk of Court on or before June 15, 2023. This letter will be made part of the court records. (Signed by Judge Alvin K. Hellerstein on 6/1/23) (yv) (Entered: 06/01/2023) |
| 06/05/2023 | 21 | LETTER addressed to Judge Alvin K. Hellerstein from Matthew Colangelo dated June 5, 2023 re: the Court's June 1, 2023 letter to counsel (ECF No. 20). Document filed by People of The State of New York..(Colangelo, Matthew) (Entered: 06/05/2023) |
| 06/05/2023 | 22 | LETTER addressed to Judge Alvin K. Hellerstein from Todd Blanche dated 6/5/23 re: conflict. Document filed by Donald J. Trump..(Necheles, Susan) (Entered: 06/05/2023) |
| 06/06/2023 | 23 | ORDER granting 15 Letter Motion to Seal. It is hereby ORDERED that the People's Motion to Seal is GRANTED; and it is further ORDERED that Exhibits 1, 3, 8, 9, 10, 11, and 12 of the May 30, 2023 Declaration of Matthew Colangelo (ECF No. 18) are hereby sealed; and it is further ORDERED that the People shall re−file the Declaration of Matthew Colangelo on ECF with the restrictions necessary for sealed filing. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 6/6/2023) (jca) Modified on 6/6/2023 (jca). (Main Document 23 replaced on 6/6/2023) (jca). (Entered: 06/06/2023) |
| 06/08/2023 | 24 | ***SELECTED PARTIES***DECLARATION of Matthew Colangelo in Support re: 15 MOTION to Seal ., 17 MOTION to Remand .. Document filed by People of The State of New York, Donald J. Trump. (Attachments: # 1 Exhibit 1 (sealed exhibit), # 2 Exhibit 3 (sealed exhibit), # 3 Exhibit 8 (sealed exhibit), # 4 Exhibit 9 (sealed exhibit), # 5 Exhibit 10 (sealed exhibit), # 6 Exhibit 11 (sealed exhibit), # 7 Exhibit 12 (sealed exhibit))Motion or Order to File Under Seal: 23 .(Colangelo, Matthew) (Entered: 06/08/2023) |

| | | |
|---|---|---|
| 06/12/2023 | 26 | DR. LEWIS BROOKS MCKENZIE'S MOTION TO INTERVENE, Re: to Intervene.(sc) (Additional attachment(s) added on 6/15/2023: # 1 Errata Declaration) (sc). (Entered: 06/15/2023) |
| 06/12/2023 | 27 | NOTICE OF PRO SE APPEARANCE. Document filed by Lewis B. McKenzie, Proposed Intervenor. (sc) (Entered: 06/15/2023) |
| 06/12/2023 | 28 | CONSENT TO ELECTRONIC SERVICE. Document filed by Lewis B. McKenzie, Proposed Intervenor. (sc) (Entered: 06/15/2023) |
| 06/12/2023 | 29 | INTERVENOR LEWIS BROOKS MCKENZIE'S NOTICE OF CONSTITUTIONAL QUESTIONS REGARDING THE FEDERAL ELECTION CAMPAIGN ACT. (sc) (Entered: 06/15/2023) |
| 06/12/2023 | 30 | INTERVENOR(Proposed)LEWIS BROOKS MCKENZIE'S MOTION TO CERTIFY QUESTIONS TO THE SECOND CIRCUIT COURT OF APPEALS. (Attachments: # 1 Declaration)(sc) (Entered: 06/15/2023) |
| 06/12/2023 | 31 | MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING. Document filed by Lewis B. McKenzie, Proposed Intervenor. (sc) (Entered: 06/15/2023) |
| 06/12/2023 | 32 | NOTICE OF MOTION TO INTERVENE. Document filed by Lewis B. McKenzie, Proposed Intervenor. (sc) (Entered: 06/15/2023) |
| 06/12/2023 | 33 | NOTICE OF MOTION TO CERTIFY TO 2ND COA, re: to certify questions to the USCA−2nd Circuit . Document filed by Lewis B. McKenzie, Proposed Intervenor. (sc) Modified on 6/15/2023 (sc). (Entered: 06/15/2023) |
| 06/14/2023 | 25 | ORDER DENYING INTERVENTION, McKenzie's motion to intervene is denied. Since McKenzie has no right to intervene, he has no right to have questions certified to the Court of Appeals. The Clerk of the Court shall docket the papers presented by Lewis Brooks McKenzie with this Order. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 6/14/23) (yv) (Entered: 06/14/2023) |
| 06/15/2023 | 34 | MEMORANDUM OF LAW in Opposition re: 17 MOTION to Remand . . Document filed by Donald J. Trump..(Blanche, Todd) (Entered: 06/15/2023) |
| 06/15/2023 | 35 | AFFIRMATION of Todd Blanche in Opposition re: 17 MOTION to Remand .. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit, # 2 Exhibit).(Blanche, Todd) (Entered: 06/15/2023) |
| 06/22/2023 | 36 | JOINT LETTER addressed to Judge Alvin K. Hellerstein from Matthew Colangelo dated June 22, 2023 re: June 27, 2023 Hearing. Document filed by People of The State of New York..(Colangelo, Matthew) (Entered: 06/22/2023) |
| 06/23/2023 | 37 | ORDER REGULATING PROCEEDINGS: The court confirms receipt of the parties' letter, dated June 22, 2023, concerning the June 27, 2023, hearing at 2:30 PM in Courtroom 26A. The order of proceedings at that hearing will be as follows: 1. Arguments from both parties as to whether or not the Court has jurisdiction pursuant to 28 U.S.C. § 1442(a)(1) or must remand the case to the New York Supreme Court. 2. Identification of any factual issues that must be decided and establishment of dates and procedures with regard to such issues. The court acknowledges Defendant's waiver of any right to be physically present at the June 27th hearing. The Court accedes to Defendant's request not to be present. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 6/23/2023) (vfr) (Entered: 06/23/2023) |
| 06/23/2023 | 38 | REPLY MEMORANDUM OF LAW in Support re: 17 MOTION to Remand . . Document filed by People of The State of New York..(Colangelo, Matthew) (Entered: 06/23/2023) |
| 06/23/2023 | 39 | DECLARATION of Matthew Colangelo in Support re: 17 MOTION to Remand .. Document filed by People of The State of New York. (Attachments: # 1 Exhibit 25 (Mem. Supp. Mot. to Dismiss, Thompson v. Trump, No. 21−cv−400−APM (D.D.C. May 26, 2021))).(Colangelo, Matthew) (Entered: 06/23/2023) |
| 06/27/2023 | | Minute Entry for proceedings held before Judge Alvin K. Hellerstein: Evidentiary Hearing held on 6/27/2023. (Court Reporter Sadie Herbert) (Jones, Brigitte) (Entered: 07/06/2023) |

| | | |
|---|---|---|
| 06/29/2023 | 40 | LETTER addressed to Judge Alvin K. Hellerstein from Matthew Colangelo dated June 29, 2023 re: hearing exhibits. Document filed by People of The State of New York. (Attachments: # 1 Exhibit 26 (Transcript of Jan. 11, 2017 news conference), # 2 Exhibit 27 (check and check stubs dated 08/01/17)).(Colangelo, Matthew) (Entered: 06/29/2023) |
| 07/17/2023 | 41 | TRANSCRIPT of Proceedings re: HEARING held on 6/27/2023 before Judge Alvin K. Hellerstein. Court Reporter/Transcriber: Sadie Herbert, (212) 805−0310. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/7/2023. Redacted Transcript Deadline set for 8/17/2023. Release of Transcript Restriction set for 10/16/2023..(McGuirk, Kelly) (Entered: 07/17/2023) |
| 07/17/2023 | 42 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 6/27/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/17/2023) |
| 07/19/2023 | 43 | ORDER AND OPINION GRANTING MOTION TO REMAND re: 17 MOTION to Remand . filed by People of The State of New York. Trump has failed to show that the conduct charged by the Indictment is for or relating to any act performed by or for the President under color of the official acts of a President. Trump also has failed to show that he has a colorable federal defense to the Indictment. For either or both of these reasons, the People's motion to remand the case is granted. The Clerk shall remand the case file to the New York Supreme Court, New York County. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 7/19/23) (yv) Transmission to Docket Assistant Clerk for processing. (Entered: 07/19/2023) |
| 07/19/2023 | | CASE REMANDED OUT from the U.S.D.C. Southern District of New York to the State Court − Supreme Court of the State of New York, County of New York. Sent certified copy of docket entries and remand order. Mailed via UPS Tracking Number 1ze22e533710077453 on 7/20/23. (yv) (Entered: 07/21/2023) |
| 07/28/2023 | 44 | NOTICE OF APPEAL from 43 Memorandum & Opinion,,. Document filed by Donald J. Trump. Filing fee $ 505.00, receipt number ANYSDC−28071497. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Stern, Gedalia) (Entered: 07/28/2023) |
| 07/28/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 44 Notice of Appeal. (km) (Entered: 07/28/2023) |
| 07/28/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 44 Notice of Appeal filed by Donald J. Trump were transmitted to the U.S. Court of Appeals. (km) (Entered: 07/28/2023) |
| 11/15/2023 | 45 | MANDATE of USCA (Certified Copy) as to 44 Notice of Appeal filed by Donald J. Trump USCA Case Number 23−1085. Appellant moves to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b). IT IS HEREBY ORDERED that the motion is GRANTED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 11/15/2023. (tp) (Entered: 11/15/2023) |
| 11/15/2023 | | Transmission of USCA Mandate/Order to the District Judge re: 45 USCA Mandate. (tp) (Entered: 11/15/2023) |
| 08/29/2024 | 46 | **FILING ERROR − DEFICIENT PLEADING−** NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 71543−23. (Filing Fee $ 405.00, Receipt Number ANYSDC−29823550).Document filed by Donald J. Trump..(Bove, Emil) Modified on 8/30/2024 (vf). (Entered: 08/29/2024) |
| 08/29/2024 | 47 | AFFIRMATION of Emil Bove re: 46 Notice of Removal *Second Notice of Removal*. Document filed by Donald J. Trump. (Attachments: # 1 Exhibit F (September 29, 2023 Memorandum of Law (Redacted)), # 2 Exhibit G (February 15, 2024 Decision and Order), # 3 Exhibit H (February 22, 2024 DANY Motions in Limine), # 4 Exhibit I (March 18, 2024 Decision and Order), # 5 Exhibit J (May 13, 2024 DANY Proposed |

| | | |
|---|---|---|
| | | Jury Instructions), # 6 Exhibit K (May 14, 2024 President Trump Proposed Jury Instructions), # 7 Exhibit L (May 17, 2024 DANY Response To Proposed Jury Instructions), # 8 Exhibit M (Excerpts of Trial Transcript), # 9 Exhibit N (March 7, 2024 Memorandum of Law (Redacted)), # 10 Exhibit O (March 13, 2024 Memorandum of Law), # 11 Exhibit P (April 3, 2024 Decision and Order), # 12 Exhibit Q (April 15, 2024 Letter), # 13 Exhibit R (April 16, 2024 Letter), # 14 Exhibit S (August 2, 2024 Letter), # 15 Exhibit T (July 1, 2024 Letter), # 16 Exhibit U (July 2, 2024 Letter), # 17 Exhibit V (July 10, 2024 Memorandum of Law (Redacted)), # 18 Exhibit W (July 24, 2024 Memorandum of Law (Redacted)), # 19 Exhibit X (July 31, 2024 Memorandum of Law (Redacted)), # 20 Exhibit Y (May 31, 2023 Memorandum of Law), # 21 Exhibit Z (August 11, 2023 Decision (Redacted)), # 22 Exhibit AA (April 3, 2024 Memorandum of Law), # 23 Exhibit BB (April 3, 2024 Affirmation), # 24 Exhibit CC (May 18, 2024 Article), # 25 Exhibit DD (July 31, 2024 Letter), # 26 Exhibit EE (August 1, 2024 Letter), # 27 Exhibit FF (August 5, 2024 Letter), # 28 Exhibit GG (August 13, 2024 Decision), # 29 Exhibit HH (August 14, 2024 Letter), # 30 Exhibit II (DANY Trial Exhibits 407–F through 407–I), # 31 Exhibit JJ (DANY Trial Exhibit 207 (Redacted)), # 32 Exhibit KK (Excerpts of DANY Trial Exhibit 81), # 33 Exhibit LL (July 15, 2019 Letter (Redacted))).(Bove, Emil) (Entered: 08/29/2024) |
| 08/30/2024 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Emil Bove to RE–FILE re: Document No. 46 Notice of Removal. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; the wrong event type was used to file the pleading; Court's leave has not been granted; the order granting permission to file the pleading was not attached. Re–file the pleading using the event type Amended Notice of Removal found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave. (vf) (Entered: 08/30/2024) |
| 09/03/2024 | 48 | MOTION for Leave to File Second Removal Notice . Document filed by Donald J. Trump..(Bove, Emil) (Entered: 09/03/2024) |
| 09/03/2024 | 49 | MEMORANDUM OF LAW in Support re: 48 MOTION for Leave to File Second Removal Notice . . Document filed by Donald J. Trump. (Attachments: # 1 Exhibit A. Second Removal Notice).(Bove, Emil) (Entered: 09/03/2024) |
| 09/03/2024 | 50 | ORDER AND OPINION DENYING MOTION FOR LEAVE TO FILE REMOVAL PAPERS re: 48 MOTION for Leave to File Second Removal Notice . filed by Donald J. Trump. It "clearly appears on the face of the notice and... exhibits attached thereto" that removal should not be permitted. Good cause has not been shown, and leave to remove the case is not granted. The Clerk shall terminate ECF No. 48. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 9/3/24) (yv) (Entered: 09/03/2024) |
| 09/03/2024 | 51 | NOTICE OF APPEAL from 50 Memorandum & Opinion,. Document filed by Donald J. Trump. Filing fee $ 605.00, receipt number ANYSDC–29838364. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Bove, Emil) (Entered: 09/03/2024) |
| 09/04/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 51 Notice of Appeal. (tp) (Entered: 09/04/2024) |
| 09/04/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 51 Notice of Appeal filed by Donald J. Trump were transmitted to the U.S. Court of Appeals. (tp) (Entered: 09/04/2024) |
| 09/04/2024 | 52 | MOTION to Stay re: 50 Memorandum & Opinion, . Document filed by Donald J. Trump..(Bove, Emil) (Entered: 09/04/2024) |
| 09/04/2024 | 53 | MEMORANDUM OF LAW in Support re: 52 MOTION to Stay re: 50 Memorandum & Opinion, . . Document filed by Donald J. Trump..(Bove, Emil) (Entered: 09/04/2024) |

| 09/06/2024 | 54 | ORDER AND OPINION DENYING MOTION FOR STAY re: 52 MOTION to Stay re: 50 Memorandum & Opinion, . filed by Donald J. Trump. Since I denied leave to file for removal, and thus there has been no removal petition properly filed, there is no action in my order of October 3, 2024 to stay. The motion is denied as academic. The Clerk of Court shall terminate ECF No. 52. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 9/6/24) (yv) (Entered: 09/06/2024) |
| 09/12/2024 | 55 | TRUE COPY ORDER of USCA as to 51 Notice of Appeal filed by Donald J. Trump USCA Case Number 24−2299. USCA Case Number 24−2299. Appellant moves to stay the district court's September 4, 2024 order, which denied leave to file a second removal notice. See 28 U.S.C. § 1455(b)(1), (2). In light of the state court's adjournment of sentencing until November 26, 2024, it is hereby ORDERED that the motion for an emergency administrative stay is DENIED. See CA2 Local Rule 27.1(d). Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 9/12/2024.(km) (Entered: 09/12/2024) |
| 09/12/2024 |  | Transmission of USCA Mandate/Order to the District Judge re: 55 USCA Order.(km) (Entered: 09/12/2024) |

# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\------------------------------------------------------------ x
                                                              :
THE PEOPLE OF THE STATE OF NEW YORK,     :     **ORDER AND OPINION**
                                                              :     **DENYING MOTION FOR**
        -against-                                        :     **LEAVE TO FILE REMOVAL**
                                                              :     **PAPERS**
DONALD TRUMP,                                    :
                                                              :
                                Defendant.     :     23 Civ. 3773 (AKH)
                                                              :
                                                              :
\------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Former President Donald Trump again seeks removal of the criminal case against him,

from the Supreme Court of New York to this Court.[1]  Upon removal, as the district judge to

whom this case was assigned, my task, pursuant to 28 U.S.C. § 1455(b)(4), is to "examine the

notice promptly," and if it "clearly appears on the face of the notice and any exhibits annexed

thereto that removal should not be permitted," I am to "make an order for summary remand."  If

summary remand is not appropriate, I am to "order an evidentiary hearing to be held promptly

and, after such hearing, [to] make such disposition of the prosecution as justice shall require."

28 U.S.C. § 1455(b)(5).  Since Defendant filed his notice after he was tried, he must show "good

cause" and seek "leave" from the district court "to file the notice at a later time."  28 U.S.C. §

1455(b)(1).  The second notice may argue only "grounds not existing at the time of the original

notice," or show "good cause" why the district court should "grant relief from the limitations"

above stated.  28 U.S.C. § 1455(b)(2).

        Defendant seeks leave from this Court to file a second notice of removal.  As to "good

cause," he advances two grounds.  First, he asserts that the New York courts were biased against

---

[1] Mr. Trump requests, in the alternative, that he be permitted to amend the First Removal Notice.  Because the
prosecution was completed through trial, this request is denied as academic.

him, resulting in an improper trial.  As support for this argument, Trump writes that Judge

Merchan had a conflict of interest in presiding over the trial, as evidenced by his daughter's

statements concerning her father's views on politicians' use of twitter; by Judge Merchan's

daughter's involvement in Vice President Kamala Harris's 2019 presidential campaign; and by

Judge Merchan's prior financial contributions to Democratic politicians.  Mr. Trump also states

that Judge Merchan failed to conduct the proper pretrial review of the presidential immunity

issue in light of intervening Supreme Court decisions, and prohibited Mr. Trump from pursuing

interlocutory review of that decision.  Second, Mr. Trump argues that *Trump v. United States*,

603 U.S. __ (No. 23-939, July 1, 2024) grants him immunity from prosecution.

This Court does not have jurisdiction to hear Mr. Trump's arguments concerning the

propriety of the New York trial.  "The jurisdiction possessed by the District Courts is strictly

original."  *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 416 (1923).  District courts may not

reverse or modify state judgments, even those containing constitutional infirmities, because "[t]o

do so would be an exercise of appellate jurisdiction."  *Id.* at 415-16; *see also Hoblock v. Albany

County Board of Elections*, 422 F.3d 77, 84 (2d Cir. 2005) (discussing how federal courts

generally lack jurisdiction over suits that are, in essence, appeals from state court judgments).

Instead, the proper recourse for parties seeking to remedy alleged errors made during a state trial

is to pursue a state appeal or, at the highest level, to seek review from the Supreme Court of the

United States.  *Id.*  It would be highly improper for this Court to evaluate the issues of bias,

unfairness or error in the state trial.[2]  Those are issues for the state appellate courts.  Accordingly,

only the second ground argued by Mr. Trump deserves attention.

---

[2] Mr. Trump also implicitly requests that this Court enjoin the state sentencing set for September 18, 2024.  For the same reasons set out in this paragraph under the Rooker-Feldman doctrine, this request is improper and outside of the district court's jurisdiction.

## I.     DISCUSSION

In *Trump*, the Supreme Court held that a former President is entitled to absolute immunity from criminal prosecution for actions taken in exercise of his core constitutional powers, to at least presumptive immunity for acts within the outer perimeter of his official responsibility, and to no immunity for his unofficial acts.  Criminal courts trying the former President are required to evaluate his actions to distinguish official from unofficial conduct.  *Trump*, 603 U.S. at 17.  The outer perimeter of the former President's official responsibilities extends to those actions that were "'not manifestly or palpably beyond his authority.'"  *Id.* (citing *Blassingame v. Trump*, 87 F. 4th 1, 13 (D.C. Cir. 2023)).  Private schemes with private actors, unconnected to any statutory or constitutional authority or function of the executive, are considered unofficial acts.  *See id.* at 27-28.

I held in my Order and Opinion of July 19, 2023 (ECF No. 43) that "[h]ush money paid to an adult film star is not related to a President's official acts.  It does not reflect in any way the color of the President's official duties."  *Id.* at 13.  My holding followed an evidentiary hearing where The People showed conclusively that Mr. Trump reimbursed Michael Cohen for advancing the hush money payments, including two checks signed in the White House by Mr. Trump.  I held that Mr. Trump had not satisfied the burden of proof required to show the basis of removal.  My holding of a hush money reimbursement remains true regardless of who has the burden, whether the People or Mr. Trump.  Nothing in the Supreme Court's opinion affects my previous conclusion that the hush money payments were private, unofficial acts, outside the bounds of executive authority.

## II.    CONCLUSION

It "clearly appears on the face of the notice and . . . exhibits attached thereto" that removal should not be permitted. Good cause has not been shown, and leave to remove the case is not granted. The Clerk shall terminate ECF No. 48.

SO ORDERED.

Dated:      September 3, 2024
            New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

4

## ADDENDUM B

1. **Issues Presented**:

a. Whether federal-officer removal is appropriate pursuant to 28 U.S.C. § 1442(a)(1) in connection with President Trump's Second Remand Notice;

b. Whether the district court erred by invoking the *Rooker-Feldman* doctrine;

c. Whether the district court erred in evaluating the official-acts arguments and Presidential immunity defense set forth in the Second Removal Notice;

d. Whether the district court erred by invoking summary remand procedures under 28 U.S.C. § 1455(b)(4) to address the good-cause requirements of 28 U.S.C. § 1455(b)(1)-(2) without adversarial briefing, a hearing, or fact finding;

e. Whether President Trump established good cause for the timing of the Second Removal Notice under 28 U.S.C. § 1455(b)(1); and

f.     Whether President Trump established good cause for any new grounds raised in the Second Removal Notice under 28 U.S.C. § 1455(b)(2).

**2.     Standard of Review**:

a.     Because the Second Removal Notice set forth "colorable claim[s] for removal under § 1442," *Kelley v. Richford Health Ctr., Inc.*, 2024 WL 3867913, at *3 (2d Cir. Aug. 20, 2024) (cleaned up), 28 U.S.C. § 1447(d) "authorizes a court of appeals to review each and every one of" President Trump's "grounds for removal," *BP P.L.C. v. Mayor & City Council of Balt.*, 141 S. Ct. 1532, 1538 (2021).

b.     This Court "review[s] an appeal from an order of remand *de novo.*" *Agyin v. Razmzan*, 986 F.3d 168, 173-74 (2d Cir. 2021); *see also Renteria v. Lumpkin*, 2023 WL 7649071, at *2 & n.3 (5th Cir. Nov. 14, 2023) (unpublished opinion) (applying *de novo* review to findings under 28 U.S.C. § 1455(b)); *Kansas v. Gilbert*, 2023 WL 2397025, at *1 (10th Cir. Mar. 8, 2023) (unpublished order and judgment) (same).

2