

**EMIL BOVE**
Emil.Bove@blanchelaw.com
(212) 716-1250

September 13, 2024

<u>Via CM/ECF</u>
Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit

  Re: <u>New York v. Trump, No. 24-2299</u>

Dear Ms. O'Hagan Wolfe:

  We respectfully submit this letter on behalf of Defendant-Appellant President Donald J. Trump in the above-captioned appeal.

  Counsel for President Trump filed a certificate (Form D) indicating that no transcript will be ordered on September 13, 2024. Pursuant to Local Rule 31.2(a)(1)(A), we write to notify the Court of President Trump's request to file an opening brief on or before October 14, 2024, which is within 91 days of filing the Form D.

           Respectfully Submitted,

           <u>/s/ Emil Bove</u>
           Todd Blanche
           Emil Bove
           Blanche Law PLLC

           *Attorneys for President Donald J. Trump*

Cc: DANY attorneys of record
   (Via CM/ECF)