**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: September 16, 2024<br>Docket #: 24-2299<br>Short Title: People of the State of New York v. Trump | DC Docket #: 1:23-cv-3773<br>DC Court: SDNY (NEW YORK CITY)<br>Trial Judge - Alvin K. Hellerstein |

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.