UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

 At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of September, two thousand twenty-four,

| | |
|---|---|
| People of the State of New York, | **ORDER** |
| Defendant - Appellee, | Docket No. 24-2299 |
| v. | |
| Donald J. Trump, | |
| Defendant - Appellant. | |

 Counsel for APPELLANT has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 14, 2024 as the brief filing date.

 It is HEREBY ORDERED that Appellant's brief must be filed on or before October 14, 2024. The appeal is dismissed effective October 14, 2024 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

 For The Court:
 Catherine O'Hagan Wolfe,
 Clerk of Court