# 24-2299

    **Paul Andrew Mitchell <supremelawfirm@gmail.com>**

---

**NOTICE OF OBJECTIONS AND REFUSAL FOR CAUSES, Attention: Second Circuit Executive (9/14/2024)**

---

**Paul Andrew Mitchell, B.A., M.S.**                          Sat, Sep 14, 2024 at 5:43
<supremelawfirm@gmail.com>                                              PM
To:  CA02db NewCases <newcases@ca2.uscourts.gov>
Cc:  toddblanche@blanchelaw.com, bragga@dany.nyc.gov
Bcc:

  PLEASE FORWARD to Second Circuit Executive

  https://supremelaw.org/cc/trump/removal.2024-09-14/objections.pdf  (also attached)

  (please report any typos and broken links here ASAP)

  --
  **Sincerely yours,**
  **/s/ Paul Andrew Mitchell, B.A., M.S.  (Relator *pro bono;*  damaged party)**
  **Private Attorney General, Civil RICO:  18 U.S.C. 1964;**
  **Agent of the United States as *Qui Tam* Relator (4X),**
  **Federal Civil False Claims Act:  31 U.S.C. 3729 *et seq.***

  **All Rights Reserved** ( cf. UCC 1-308 https://www.law.cornell.edu/ucc/1/1-308 )

  📎 **objections.pdf**
     159K

## NOTICE OF OBJECTIONS AND REFUSAL FOR CAUSES

TO:  Office of Circuit Executive
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

*Re:*  bad legal advice from Clerk's Office

Date:  September 14, 2024 *A.D.*

Greetings Circuit Executive:

In today's incoming U.S. Mail, we received an unsigned letter on letterhead of the Second Circuit.  Permit us to get right to the point;  time is of the essence.

The United States *ex rel.* has previously filed and served a NOTICE OF INTERVENTION BY RIGHT, citing the Act of Congress at 28 U.S.C. 2403(a) in addition to other sections in Title 28 of the U.S. Code.  That NOTICE is now archived on the Internet here:

https://supremelaw.org/cc/trump/removal.2024-09-05/notice.of.intervention.2.pdf

So as to avoid any unnecessary or obstructive disputes concerning the applicable provisions in Section 2403(a), we quote those provisions now:

> In any action, suit or proceeding in a court of the United States to which the United States or any agency, officer or employee thereof is not a party, wherein **the constitutionality of any Act of Congress affecting the public interest is drawn in question, the court shall certify such fact to the Attorney General, and shall permit the United States to intervene for presentation of evidence**, if evidence is otherwise admissible in the case, and for argument on the question of constitutionality.

As matters of fact, said NOTICE OF INTERVENTION clearly draws into question the vagueness that is evident in the Federal removal statutes, and the "class discrimination" that is evident in the Federal Jury Selection and Service Act.

As direct consequences of the latter, the Second Circuit shall certify such facts to the U.S. Attorney General, and shall permit the United States to intervene for presentation of evidence and for argument(s) on said questions of constitutionality.

There is nothing *whatsoever* in 28 U.S.C. 2403(a) which requires the United States to file and serve any motion(s), nor to "request" leave (permission) to intervene.  Neither the Clerk of Court nor the Second Circuit has any discretion to "deny" intervention by the United States, nor to prevent said NOTICE OF INTERVENTION BY RIGHT from being timely entered into the Court's official docket records, No. 24-2299.

Kindly also take mandatory notice of the key phrase *"constitutional form of government"* as stated in the Acts of Congress at 5 U.S.C. 3333, 7311 and 18 U.S.C. 1918.

A related Act of Congress at 5 U.S.C. 2906 designates the *"court to which the office pertains"* as the legal custodian of all U.S. Office of Personnel Management Standard Form 61 APPOINTMENT AFFIDAVITS for the Clerk of Court and all Deputy Clerks.

## DEMAND FOR SPECIFIC PERFORMANCE

The Act of Congress at 18 U.S.C. 4 creates a legal obligation properly to report probable cause of Federal felonies to an officer in the civil or military authority of the United States, including but not limited to violations of 18 U.S.C. sections 912, 2071, 2076.

**Formal demand is hereby made of one CATHERINE O'HAGAN WOLFE dba CLERK OF COURT to disclose a true and correct copy of that CLERK's Standard Form 61 APPOINTMENT AFFIDAVITS, as required to be in the legal custody of the Court to which that office pertains, for purposes of routine inspection:**

https://supremelaw.org/letters/reservation.of.right.to.inspect.htm

Kindly refrain from referring the latter DEMAND to the Administrative Office of the U.S. Courts ("A.O.")  The latter A.O. is <u>not</u> the designated legal custodian of *any* SF-61 APPOINTMENT AFFIDAVITS, nor of any *other* credentials required by Law of Federal court personnel.

Kindly also acknowledge receipt of the following correspondence with the office of U.S. Representative Val Hoyle's office, which confirms that the Acts of Congress at 5 U.S.C. sections 3333 and 7311 *supra* were never repealed:

https://supremelaw.org/cc/hoyle/letter.2024-06-27/email.2024-06-27.htm

Consequently, on that basis alone, the blank U.S. OPM SF-61 at OPM's Internet website is a proven COUNTERFEIT credential.  It is now probable almost <u>three million</u> personnel of the Federal Government have failed to execute <u>valid</u> APPOINTMENT AFFIDAVITS.

The latter conclusion of law is further substantiated by other serious defects in OPM's blank SF-61, as detailed in two (2) formal NOTICES OF MISSING AND DEFECTIVE CREDENTIALS, one of which was duly served on the Second Circuit:

Formal NOTICE OF MISSING AND/OR DEFECTIVE CREDENTIALS, **Second Circuit:**
http://supremelaw.org/cc/hedges/United.States.Notice.htm

Formal NOTICE OF MISSING AND/OR DEFECTIVE CREDENTIALS, USDC Oregon:
http://supremelaw.org/cc/hammond/United.States.Notice.htm

## NOTICE OF DEADLINE

<u>Valid</u> U.S. Office of Personnel Management SF-61 APPOINTMENT AFFIDAVITS for CATHERINE O'HAGAN WOLFE must be delivered to the following electronic mail address no later than 5:00 PM Pacific on Friday, September 20, 2024 *A.D.*:

<supremelawfirm@gmail.com>

Also, no later than that deadline, the Second Circuit Court of Appeals must certify to the Office of the U.S. Attorney General that the constitutionality of two (2) Acts of Congress affecting the public interest are now drawn into question.

Beyond that reasonable deadline, silence will activate estoppel and constitute fraud.

Thank you for your timely professional cooperation in this time-sensitive matter.

Cc:  President Donald J. Trump

Sincerely yours,
/s/ Paul Andrew Mitchell, B.A., M.S.  (Relator *pro bono;* damaged party)
Private Attorney General, Civil RICO:  18 U.S.C. 1964;
Agent of the United States as *Qui Tam* Relator (4X),
Federal Civil False Claims Act:  31 U.S.C. 3729 *et seq.*

All Rights Reserved ( cf. UCC 1-308 <u>https://www.law.cornell.edu/ucc/1/1-308</u> )

*Attachments:*

*"Clerks or Jerks:  The Pivotal Duties of Federal Court Clerks"* (April 24, 2014)
<u>http://www.supremelaw.org/cc/hill/civil/initial/clerks.or.jerks.htm</u>

<u>Error</u> by Microsoft *Copilot* software:

**You**

what act of congress designates the A.O. as the legal custodian of APPOINTMENT AFFIDAVITS?

**Copilot**

The act of Congress that designates the Administrative Office (A.O.) of the United States Courts as the legal custodian of appointment affidavits is 5 U.S.C. § 2906. This statute specifies that the Director of the Administrative Office of the United States Courts is responsible for the custody of appointment affidavits for judicial officers and employees of the judicial branch.

United States Court of Appeals

for the

Second Circuit

| | |
|---|---|
| People of the State of New York ) | Appeal No. <u>24-2299</u> |
| ) | |
| -against- ) | USDC/SDNY No. <u>1:23-cv-03773-AKH</u> |
| ) | |
| Donald J. Trump, ) | |
| Defendant. ) | |
| ------------------------------) | |
| ) | |
| United States ) | **NOTICE OF INTERVENTION BY RIGHT:** |
| *ex relatione* ) | 28 U.S.C. 2403(a); |
| Paul Andrew Mitchell, ) | 28 U.S.C. 1441 thru 1455; and, |
| ) | 28 U.S.C. 1865(b)(1). |
| Intervenor. ) | |
| ------------------------------) | |

Comes now the United States *ex rel.* Paul Andrew Mitchell, B.A., M.S.,

Citizen of Oregon State (expressly not a *federal citizen*), Private Attorney

General under 18 U.S.C. 1964 (Civil RICO) and Agent of the United States

as *Qui Tam* Relator (4 times) under the False Claims Act at 31 U.S.C. 3729

*et seq.* to provide formal notice of its intervention in the instant appeal,

as expressly authorized by Act of Congress at 28 U.S.C. 2403(a).

The primary reasons for its intervention are three-fold:

(1)  vagueness apparent in the Federal removal statutes by
     conflating DCUS and USDC: 28 U.S.C. 1441-1455:
     <u>https://supremelaw.org/cc/gilberts/opening.htm#topic-e</u>

(2)  class discrimination against State Citizens in the Federal
     Jury Selection and Service Act: 28 U.S.C. 1865(b)(1):
     <u>https://supremelaw.org/cc/gilberts/opening.htm#topic-a</u>

(3)  class discrimination against State Citizens in the NYS
     juror eligibility law, Judiciary Law, Article 16, §510:
     <u>https://www.nyjuror.gov/EEInfo_Laws.shtml#510</u>

*Notice of Intervention by Right:  Page 1 of 2*

PROOF OF SERVICE

I, Paul Andrew Mitchell, *Sui Juris*, hereby certify, under penalty of perjury, under the laws of the **United States of America**, without the **"United States"** (federal government), that I am at least 18 years of age, a Citizen of <u>ONE OF</u> the **United States of America**, and that I personally served the following document(s):

**NOTICE OF INTERVENTION BY RIGHT:**
28 U.S.C. 2403(a);
28 U.S.C. 1441 thru 1455; and,
28 U.S.C. 1865(b)(1)

by placing at least one true and correct copy of said document(s) in first class United States Mail, with postage prepaid and properly addressed to the following:

**U.S. Court of Appeals for the Second Circuit   (3x)**
Attention: <newcases@ca2.uscourts.gov>
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Blanche Law PLLC**
99 Wall Street, Suite 4460
New York, NY 10005

**District Attorney**
New York County
One Hogan Place
New York, NY 10013


Dated: September 5, 2024 *A.D.*

Signed: /s/ Paul Andrew Mitchell, B.A., M.S.

Printed: <u>Paul Andrew Mitchell</u>, Relator *In Propria Persona*

Email (preferred): <u>supremelawfirm@gmail.com</u>

Address:           Telephone Number:


**All Rights Reserved** (cf. UCC 1-308)

*Notice of Intervention by Right: Page 2 of 2*

RESERVATION OF RIGHT TO INSPECT
U.S. OFFICE OF PERSONNEL MANAGEMENT
STANDARD FORM 61 APPOINTMENT AFFIDAVITS

FROM:     Paul Andrew Mitchell, B.A., M.S.
          <u>Private Attorney General</u>, Civil RICO: <u>18 U.S.C. 1964</u>;  and,
          Agent of the United States as *Qui Tam* Relator (4X),
          False Claims Act: <u>31 U.S.C. 3729</u> *et seq.*

DATE:     July 20, 2013 *A.D.*

**TO WHOM IT MAY CONCERN:**

After extensive litigation and related experience acquired in connection with our ongoing <u>investigation</u> of missing and/or defective <u>credentials</u> that are required of all Federal officers and employees, we now find it necessary formally to notify all whom it may concern of the following:

(1)   the Oath of Office Clause at <u>Article VI, Clause 3</u>, in the Constitution for the United States of America, as lawfully amended, elevates that requirement to the level of our <u>Fundamental Right</u>;

(2)   the standing decision of the U.S. Supreme Court in <u>Miranda v. Arizona</u>, 384 U.S. 436 (<u>1966</u>), held:  *"Where rights secured by [that] Constitution are involved, there can be <u>no rule making or legislation</u> which would abrogate them"* [<u>underlined</u> emphasis added];

(3)   the Oath of Office Clause *supra* has been implemented by Acts of Congress including but not limited to the Federal statutes at 5 U.S.C. <u>2104</u>, <u>2903</u>, <u>2906</u>, <u>3331</u>, <u>3332</u>, <u>3333</u>, <u>5507</u>, <u>7311</u> and 28 U.S.C. <u>453</u>, <u>543</u>, <u>544</u>, <u>951</u>;

(4)   the Paperwork Reduction Act ("<u>PRA</u>") effectively created a "Right to Inspect" all U.S. OPM Standard Form 61 ("SF-61") APPOINTMENT AFFIDAVITS for the required display of a valid OMB control number, and for compliance with all <u>Regulations</u> implementing that PRA;

(5)   whenever any such SF-61 fails to display a valid OMB control number, the <u>legislative intent</u> of that PRA authorizes private Citizens to enforce that Act by designating all such defective SF-61s as "bootleg requests" that belong in the nearest trash can (read "not admissible");

(6)   moreover, after first enacting the PRA, Congress added greater strength to the PRA's Public Protection Clause at <u>44 U.S.C. 3512</u>, which now reads in pertinent part:  *"The protection provided by this section may be raised in the form of a complete defense, bar, or otherwise <u>at any time</u> during the agency administrative process or judicial action applicable thereto"* [<u>underlined</u> emphasis added]; and,

(7)   a badge, business card, letterhead or any other claim that one is a duly authorized Federal officer or employee can and should be regarded as evidence of criminal impersonation violating <u>18 U.S.C. 912</u> (a felony), *insofar* as that individual fails timely to produce a <u>valid</u> OPM SF-61 credential *whenever* challenged to do so *e.g.* via a proper Request submitted under the Freedom of Information Act ("FOIA"), <u>5 U.S.C. 552</u>, or by any other lawful REQUEST or DEMAND.  See <u>5 U.S.C. 551(1)</u>.

RESERVATION OF RIGHT TO INSPECT OPM SF-61    https://supremelaw.org/letters/reservation.of.right.to.inspect.htm

*Accordingly,* all Federal personnel who may wish to contact the Undersigned <u>for any reason</u> must <u>first produce</u> a true and correct copy of their valid OPM SF-61 APPOINTMENT AFFIDAVITS and deliver same to the physical address shown below for purposes of timely inspection.

Failure to do so will fully justify the Undersigned to refuse any further contact(s) with such individual(s), to refuse all written and/or verbal communications for one or more of the good causes partially itemized above, and return all such written communications to the sender(s).

The Undersigned hereby expressly reserved the <u>Right to Inspect</u> all such OPM SF-61 forms for full compliance with the PRA and with all of its implementing <u>Regulations</u>, and to refuse same for any and all defects thereby confirmed in such forms.

Correspondence transmitted via U.S. Mail <u>without first producing *valid*</u> OPM SF-61 <u>APPOINTMENT AFFIDAVITS</u> will constitute material evidence of felony mail fraud or wire fraud violating <u>18 U.S.C. 1341</u> or <u>1343</u>, respectively.

In this context, you are hereby provided with **ACTUAL NOTICE** of the detailed documents now archived at the following Internet locations:

> <u>http://www.supremelaw.org/cc/hedges/</u>
> <u>http://www.supremelaw.org/cc/hedges/United.States.Notice.htm</u>
> <u>http://www.supremelaw.org/cc/hedges/opm/</u>
> <u>http://www.supremelaw.org/cc/hedges/omb/</u>

**NOTICE TO PRINCIPALS IS NOTICE TO AGENTS.**
**NOTICE TO AGENTS IS NOTICE TO PRINCIPALS.**

Thank you very much for your consideration, and respect, for the <u>supreme Law</u> of the Land throughout these <u>United States of America</u>, particularly the <u>Oath of Office Clause</u> and the <u>Supremacy Clause</u> at <u>Article VI</u>, Clauses <u>3</u> and <u>2</u> respectively.

Sincerely yours,

/s/ Paul Andrew Mitchell

<u>Paul Andrew Mitchell</u>, B.A., M.S.
<u>Private Attorney General</u>, Civil RICO: <u>18 U.S.C. 1964</u>:
<u>http://www.supremelaw.org/decs/agency/private.attorney.general.htm</u>
Agent of the United States as *Qui Tam* Relator (4X),
False Claims Act: <u>31 U.S.C. 3729</u> *et seq.*:
<u>U.S. *ex rel.* Madden v. General Dynamics Corp.</u>, 4 F.3d 827 (9th Cir. 1993)

**All Rights Reserved without Prejudice** (cf. <u>UCC 1-308</u>)

U.S. Mail:

**Supreme Law Firm**
**c/o Trustee**
**P.O. Box 3097**
**Winston 97496**
**Oregon, USA**

 **Gmail**                          **Paul Andrew Mitchell <supremelawfirm@gmail.com>**

---

**Attention: Joey (202) 226-9928  *re:* confirming 5 U.S.C. sections 3333, 7311 have NOT been repealed**

---

**Systems Development** <mrfsys@gmail.com>            Thu, Jun 27, 2024 at 10:28 AM
To:  Joey c/o <OR04VHIMA@mail.house.gov>
Cc:  Kate.Sarna@mail.house.gov, OR04.InternCoordinator@mail.house.gov
Bcc:

TO:  U.S. Representative Val Hoyle c/o Joey, D.C. Office

SUBJECT:  5 U.S.C. 3333, 7311;  18 U.S.C. 1918


Greetings Joey and Rep. Hoyle:

I was frankly very surprised to hear your Voice Mail message
this morning:  I have been *blacklisted* so many times by now,
I no longer expect ANY assistance from ANY current officers
or employees of the United States (federal government).

The following may be an excellent project for your current
and future Office Interns!

Many thanks for your specific confirmation:

**5 U.S.C. 3333 and 5 U.S.C. 7311 have NOT been repealed:**

https://www.law.cornell.edu/uscode/text/5/3333
https://www.law.cornell.edu/uscode/text/5/7311

Please also take note of the related criminal statute
at 18 U.S.C. 1918:

https://www.law.cornell.edu/uscode/text/18/1918  **(misdemeanor)**


Allow me to take this opportunity to bring to your *official* attention
the several other changes which have been made to U.S. OPM
Standard Form 61 but **withOUT periodic OMB review and approval**:

https://www.opm.gov/forms/pdf_fill/sf61.pdf

Compare **Paragraph B.** in particular:
there is now no mention of "**constitutional form of government**".

This is serious for reasons including but not limited to the
Guarantee Clause in the U.S. Constitution:

https://supremelaw.org/ref/whuscons/whuscons.htm#4:4

See also these 2 x FORMAL NOTICES to Federal Courts,
which document many more relevant details:

Formal NOTICE OF MISSING AND/OR DEFECTIVE CREDENTIALS, Second Circuit:
http://supremelaw.org/cc/hedges/United.States.Notice.htm

Formal NOTICE OF MISSING AND/OR DEFECTIVE CREDENTIALS, USDC Oregon:
http://supremelaw.org/cc/hammond/United.States.Notice.htm

Voluminous additional details are itemized in this table of contents:

http://supremelaw.org/rsrc/commissions/credential.investigation.facts.and.laws.htm
http://supremelaw.org/rsrc/commissions/roberts.john/Roberts.Court.htm#june2022
(**no legal quorum:** 28 U.S.C. 1)

I continue to be the Principal Investigator for *The Credential Investigation supra.*


Have a wonderful day.


Bcc: interested American professionals


Very sincerely yours,
/s/ Paul, Damaged Party (Retired *I pro bono*)
Private Attorney General, Civil RICO: 18 U.S.C. 1964;
Agent of the United States as *Qui Tam* Relator (4 times),
False Claims Act: 31 U.S.C. 3729 *et seq.*

Incorporated by reference, as if set forth fully here:
5 x **PAST DUE** Federal Tort Claims (**also OBSTRUCTED):**
http://supremelaw.org/cc/hill/tort.claim.summary.amended.htm
http://www.supremelaw.org/cc/hill/tort.claim.ADR.requests.htm

---------- Forwarded message ---------
From: **magicJack** <voicemail@magicjack.com>
Date: Thu, Jun 27, 2024 at 9:33 AM
Subject: New Voicemail (1) - 0:25 minutes in your magicJack mailbox from 2022269928
To: PAUL MITCHELL

Dear magicJack User:

You received a new 0:25 minutes voicemail message, on Thursday, June 27, 2024 at 12:33:29 PM in mailbox 5416030200 from 2022269928.

To access your voicemail:

Double click the attached ".WAV" audio file to play the message, or dial your magicJack telephone number from any telephone and press the "*" key at the welcome prompt. You will be asked to enter your voicemail password.

You may also click on the "VMAIL" button on your computer's magicJack display.

Note: To play the attached voicemail file on your Android device, you will need to download and install the free app Remote Wave.

You can download Remote Wave by either visiting play.google.com and searching for Remote Wave or by clicking here.


--
Sincerely yours,
/s/ Paul A. Mitchell, B.A., M.S., Instructor,
Inventor and Systems Development Consultant

All Rights Reserved (cf. UCC 1-308 https://www.law.cornell.edu/ucc/1/1-308)

**msg0001.WAV**
41K

```
 1   Paul Andrew Mitchell, B.A., M.S.
 2   Private Attorney General, 18 U.S.C. 1964
 3   c/o Lake Union Mail
 4   117 East Louisa Street
 5   Seattle 98102-3203
 6   WASHINGTON STATE, USA
 7
 8   In Propria Persona
 9
10   All Rights Reserved
11
12
13
14
15                   United States District Court
16                   Southern District of New York
17
18   CHRISTOPHER HEDGES et al.,      )  Case No. 1:12-cv-00331-KBF
19                                   )
20            Plaintiffs,            )
21         v.                        )
22                                   )
23   BARACK OBAMA et al.,            )
24                                   )
25            Defendants.            )
26   ------------------------------- )
27                                   )
28   United States                   )  NOTICE OF MISSING AND/OR
29   ex relatione                    )  DEFECTIVE CREDENTIALS:
30   Paul Andrew Mitchell,           )
31                                   )  5 U.S.C. 2903, 2906, 3331;
32            Interpleader.          )  18 U.S.C. 4, 912, 1961 et seq.;
33                                   )  28 U.S.C. 453, 951;  and,
34   _____  )  44 U.S.C. 3512(b).
35                   TO WHOM IT MAY CONCERN:
36   The United States hereby notoriously appears specially, not generally,
37   and ex rel. Paul Andrew Mitchell, Private Attorney General, for the
38   limited purposes of: (1) providing formal Notice to all Proper
39   Parties, and also to all other recipients of the instant NOTICE, (2)
40   satisfying the legal requirements imposed by the Federal criminal
41   statute at 18 U.S.C. 4 (misprision of felony), and (3) establishing
42   probable cause calling for the conclusion that the suspects named
43   infra are engaged in a pattern of racketeering activities, in
44   violation of the Federal criminal statute at 18 U.S.C. 1962(d).
```

Notice of Missing and/or Defective Credentials:
Page 1 of 18

1    In the interests of expediting access to all relevant and

2    admissible documentation, Interpleader hereby notifies all concerned

3    of a single, consolidated electronic database which now contains

4    evidence of missing and/or defective credentials for past and present

5    Federal Court personnel employed by the U.S. District Court for the

6    Southern District of New York, and by the U.S. Court of Appeals for

7    the Second Circuit.  In particular, see all "NAD" links *infra*:

8        http://www.supremelaw.org/rsrc/commissions/evidence.folders.2004-03-16.htm#SDNY

9        http://www.supremelaw.org/rsrc/commissions/evidence.folders.2004-03-16.htm#SECOND

10

11        **FATAL DEFECTS CONFIRMED IN OFFICE OF PERSONNEL MANAGEMENT**
12        **STANDARD FORM 61 ("SF-61") APPOINTMENT AFFIDAVITS**

13    Relator now confirms that the Office of Personnel Management

14    ("OPM") never requested <u>nor</u> obtained formal review <u>and</u> approval by the

15    Office of Management and Budget ("OMB") of <u>three (3) distinct changes</u>

16    that are plainly evident on the OPM SF-61 APPOINTMENT AFFIDAVITS now

17    in widespread use, after being made available in electronic form at

18    OPM's Internet website, to wit:

19    (1)  there is <u>no OMB control number</u> at the upper right-hand corner;

20    (2)  there is <u>no paragraph at the bottom</u> citing 5 U.S.C. 2903;  and,

21    (3)  the <u>use of an electronic form</u> *in lieu of* a hard-copy form.

22    Recent proper requests submitted under the Freedom of Information

23    Act ("FOIA") specifically sought documentary evidence that OPM has

24    duly complied with the published Regulations implementing the

25    Paperwork Reduction Act.

26    On August 6, 2012, OPM replied as follows:

27    ... *[W]e do not have any responsive records here at OPM.*

28

*Notice of Missing and/or Defective Credentials:*
*Page 2 of 18*

9/14/2024, 9:17 PM

1      And, on August 23, 2012, OMB replied as follows:

2          *After careful review of your request, we conducted a search of*
3          *OMB's files and did not identify any records or documents that*
4          *are responsive to your request.*
5
6          Accordingly, pursuant to the legislative intent of the Paperwork

7      Reduction Act ("PRA"), Relator has every right to enforce that Act by

8      concluding that any and all OPM SF-61 APPOINTMENT AFFIDAVITS which

9      were never reviewed <u>and</u> timely approved by OMB, as required by

10     published Regulations implementing the PRA, are necessarily "bootleg

11     requests" belonging in the nearest trash can.

12         In other words, <u>they are counterfeits</u>!

13         Furthermore, the failure to produce *any* evidence of *any* duly

14     executed OPM SF-61 APPOINTMENT AFFIDAVITS has very far-reaching

15     criminal consequences for all Federal employees who are similarly

16     situated. See *e.g.* 18 U.S.C. §§ 912, 1341, 1951 and 1961 *et seq.*

17         In particular, concerning the consequences for Federal employees

18     who are claiming to be duly appointed to preside on a Federal Court,

19     Interpleader attaches a list of authorities concerning such employees,

20     and incorporates same by reference as if set forth fully here.

21         Those authorities make it very clear that, without taking all

22     required Oaths, one cannot become a judge either *de jure* or *de facto*,

23     such an individual is without authority to act, and all his acts as

24     such are void until he has taken the prescribed oath:

25         Without taking the oath prescribed by law, one cannot become a
26         judge either *de jure* or *de facto*, and such an individual is
27         without authority to act and his acts as such are void until he
28         has taken the prescribed oath.
29                              [<u>French v. State</u>, 572 S.W.2d 934]
30                              [<u>Brown v. State</u>, 238 S.W.2d 787]
31

*Notice of Missing and/or Defective Credentials:*
*Page 3 of 18*

1    The Office of the U.S. Attorney General has also issued a long-
2    standing Opinion which reiterated that the required Oath was a
3    prerequisite to exercising a judge's duties _and_ to receiving
4    compensation as a judge:

5        ... [B]ut whatever form of oath is taken, the taking of the oath
6        is a prerequisite to the entering upon the official duties or
7        drawing salary therefor.
8                                                    [19 Op Atty Gen 221]
9
10   For reasons including but not limited to those discussed above,
11   Relator hereby formally invokes the PRA's Public Protection Clause at
12   44 U.S.C. 3512(b):

13   (b)   The protection provided by this section may be raised in
14         the form of a complete defense, bar, or otherwise at any
15         time during the agency administrative process or judicial
16         action applicable thereto.
17

18                5 U.S.C. 2903:  AUTHORITY TO ADMINISTER

19   Interpleader also wishes to draw attention to the existence, and
20   legal implications, of the Federal statute at 5 U.S.C. 2903.

21   As explained above, the absence of _any_ citation to that statute
22   is one of the reasons why OPM's electronic version of SF-61 violates
23   the PRA _and_ its implementing Regulations.

24   It is also one of the reasons why Relator asserts a right to
25   inspect all SF-61 APPOINTMENT AFFIDAVITS for proper compliance with
26   the stated requirements of that particular statute.

27   It can happen that Federal judicial personnel have executed _what_
28   _appears to them_ to be a complete set of proper credentials.

29   However, if the individual who administered SF-61 lacks one or
30   more of the credentials required of _that_ individual, it necessarily
31   follows that 2903 has been violated.

32

                    _Notice of Missing and/or Defective Credentials:_
                                _Page 4 of 18_

1    Let us consider one example, in order to drive this point home:

2    consider a single SF-61 which appears to have been administered by a

3    County Dog Catcher.  Interpleader does not intend to demean that local

4    government position: dog catchers perform a very important public

5    safety service.  *Nevertheless*, the issue is whether or not a County

6    Dog Catcher is authorized by law to administer OPM SF-61 APPOINTMENT

7    AFFIDAVITS.

8    There are three (3) subsections at 5 U.S.C. 2903.  Interpleader

9    wishes to supplement the analysis above with particular emphasis on

10   subsection 2903(a), to wit:

11   (a)   The oath of office required by section 3331 of this title
12         may be administered by an individual authorized by the laws
13         of the United States or local law to administer oaths in
14         the State, District, or territory or possession of the
15         United States where the oath is administered.

16
17                                    [underlined emphasis added]
18

19   If someone desires to know which individuals are so authorized by

20   the laws of the United States (Federal government), it is necessary to

21   do much additional research in order to locate each such law, and in

22   order to determine from each such law which individual(s) have been

23   authorized to administer OPM SF-61 APPOINTMENT AFFIDAVITS, and which

24   have not been so authorized.

25   The latter is the situation facing any private Citizen who wishes

26   to determine the authenticity of *any* SF-61.

27   When a private Citizen is confronted with an SF-61 from which all

28   references to the statute at 5 U.S.C. 2903 have been removed, a not so

29   subtle fraud has been inflicted on that Citizen by failing to disclose

30   *what should have been disclosed*.

31   Here, cf. "Fraud" in Black's Law Dictionary, Sixth Edition.

*Notice of Missing and/or Defective Credentials:*
*Page 5 of 18*

1    A County Dog Catcher's signature could appear there; and,

2    without the additional knowledge which notice of this statute

3    provides, the Citizen is thereby deprived of information necessary to

4    perform a reasonable inspection of such a document, and to make a

5    reasonable determination of its legality and authenticity.

6        <u>Such is the PRA's legislative intent!</u>

7        Relator here argues that the citation to 5 U.S.C. 2903 should not

8    only be a mandatory requirement on all blank SF-61 APPOINTMENT

9    AFFIDAVITS duly approved by OMB.

10       In the spirits of timely notice, full disclosure, and full

11   compliance with the PRA, future revisions of OPM SF-61 should also be

12   enhanced with at least one additional line on which the individual

13   administering that form is required to cite the <u>exact law of the</u>

14   <u>United States or local law</u> which confers upon that individual

15   authority to administer that form.

16       The latter is really not too much to ask, in light of the obvious

17   vagueness which Interpleader has already documented at 5 U.S.C.

18   2903(a), in light of the published Regulations which implement the

19   PRA, and in light of the PRA's legislative intent.

20       Those implementing Regulations expressly mandate opportunities

21   for public comments *whenever* an OMB control number is up for mandatory

22   renewal every three (3) years.

23       In fact, those implementing Regulations also authorize <u>any person</u>

24   to request OMB review of <u>any</u> collection of information conducted by or

25   for any Federal government agency, as follows:

26

*Notice of Missing and/or Defective Credentials:*
*Page 6 of 18*

```
 1    Any person may request OMB to review any collection of
 2    information conducted by or for any agency to determine if, under
 3    this Act and this part, a person shall maintain, provide, or
 4    disclose the information to or for the agency.  Unless the
 5    request is frivolous, OMB shall, in coordination with the agency
 6    responsible for the collection of information:
 7
 8    (1)   Respond to the request within 60 days after receiving the
 9          request, unless such period is extended by OMB to a
10          specified date and the person making the request is given
11          notice of such extension;  and,
12
13    (2)   Take appropriate remedial action, if necessary.   5 CFR
14          1320.14(c)
15                                    [underlined emphasis added]
16
17               INCORPORATION OF ALL ATTACHED EXHIBITS
18
         Interpleader hereby incorporates by reference all attached
19
     documents as Exhibits, and as if all were set forth fully here.
20
21                             VERIFICATION
22
     I, Paul Andrew Mitchell, Sui Juris, Relator in the above entitled
23
     action, hereby verify under penalty of perjury, under the laws of the
24
     United States of America, without the "United States" (federal
25
     government), that the above statement of facts and laws is true and
26
     correct, according to the best of My current information, knowledge,
27
     and belief, so help me God, pursuant to 28 U.S.C. 1746(1)
28
     (Constitution, Laws and Treaties of the United States are supreme Law
29
     of the Land, notwithstanding anything in the Constitution or Laws of
30
     Washington State to the contrary.  See Supremacy Clause.)
31
32
33    Dated:   September 17, 2012 A.D.
34
35
36    Signed:  /s/ Paul Andrew Mitchell
37                _____
38    Printed: Paul Andrew Mitchell, B.A., M.S., Relator In Propria Persona
39             Private Attorney General, 18 U.S.C. 1964(a)
40
```

Notice of Missing and/or Defective Credentials:
Page 7 of 18

```
 1                        PROOF OF SERVICE

 2    I, Paul Andrew Mitchell, Sui Juris, hereby certify, under penalty of

 3    perjury, under the laws of the United States of America, without the

 4    "United States" (federal government), that I am at least 18 years of

 5    age, a Citizen of ONE OF the United States of America, and that I

 6    personally served the following document(s):

 7                NOTICE OF MISSING AND/OR DEFECTIVE CREDENTIALS:
 8                         5 U.S.C. 2903, 2906, 3331;
 9                      18 U.S.C. 4, 912, 1961 et seq.;
10                         28 U.S.C. 453, 951;  and,
11                            44 U.S.C. 3512(b)
12
13    by placing one true and correct copy of said document(s) in first

14    class United States Mail, with postage prepaid and properly addressed

15    to the following:

16    Clerk of Court  (3x)
17    U.S. Court of Appeals
18    40 Foley Square
19    New York City 10007
20    NEW YORK STATE, USA
21
22    WILLIAM J. OLSON, PC        email: wjo@mindspring.com
23    370 Maple Avenue West, Suite 4
24    Vienna 22180
25    VIRGINIA, USA
26
27    Gary G. Kreep, Esq. [sic]    email: usjf@usjf.net
28    U.S. Justice Foundation
29    932 "D" Street, Suite 2
30    Ramona 92065
31    CALIFORNIA, USA
32
33    Office of the U.S. Attorney  email: benjamin.torrance@usdoj.gov
34    86 Chambers Street           email: christopher.harwood@usdoj.gov
35    New York City 10007
36    NEW YORK STATE,USA
37
38    Courtesy Copies:
39
40    Friedman Harfenist et al., LLP    email: sharfenist@fhkplaw.com
41    Attn: Steven J. Harfenist
42    3000 Marcus Avenue, Suite 2-E-1
43    Lake Success 11042
44    NEW YORK STATE, USA
45
```

*Notice of Missing and/or Defective Credentials:*
*Page 8 of 18*

```
 1    [Please see USPS Publication #221 for "addressing" instructions.]
 2
 3
 4    Dated:    September 17, 2012 A.D.
 5
 6
 7    Signed:   /s/ Paul Andrew Mitchell
 8                _____
 9    Printed:  Paul Andrew Mitchell, B.A., M.S., Relator In Propria Persona
10              Private Attorney General, 18 U.S.C. 1964(a)
11
```

**FREEDOM OF INFORMATION ACT REQUEST**

December 27, 2011 *A.D.*

Disclosure Officer
U.S. Office of Personnel Management
FOIA Requester Service Center
1900 "E" Street, N.W., Room 5415
Washington 20415-7900
DISTRICT OF COLUMBIA, USA

Subject:  Freedom of Information Act ("FOIA") Request

Dear Disclosure Officer:

This is a request under the Freedom of Information Act.  I request that a **true and correct copy of the following documents** be provided to Me, without delay:

(1)  Regulations implementing the Federal statute at 5 U.S.C. 3331 as duly published in the *Federal Register* and/or the *Code of Federal Regulations* but not otherwise listed in the *Parallel Table of Authorities and Rules* revised January 1, 2011 (see attached);

(2)  materials submitted in compliance with 5 CFR 1320.5 to the Director of OMB for review of the Office of Personnel Management ("OPM") Standard Form 61 APPOINTMENT AFFIDAVITS as revised in June 1996 and August 2002 (copies attached), including but not limited to:

    (a)  the certification required under 5 CFR 1320.9;

    (b)  the proposed collection of information;

    (c)  the explanation for the decision that it would not be appropriate for the proposed collection of information to display an expiration date;

    (d)  the statement indicating that the proposed collection of information involves the use of automatic, electronic collection techniques;

    (e)  pertinent statutory authority, regulations, and such related supporting materials as OMB may have requested;

    (f)  the notice published in the *Federal Register* as required by 5 CFR 1320.5(a)(1)(iv);

    (g)  OMB's approval of the proposed collection of information including either the control number obtained from the Director to be displayed upon the collection of information, or evidence of the Director's decision to permit the collection of information to be used after June 1996 without a control number.

*Notice of Missing and/or Defective Credentials:*
*Page 10 of 18*

We incorporate as an essential part of this FOIA Request, all of the
following relevant excerpts from the *Code of Federal Regulations*
implementing the Paperwork Reduction Act, to wit:

> [A]n agency shall not conduct or sponsor a collection of
> information unless ... the collection of information displays a
> currently valid OMB control number.  5 CFR 1320.5(b)(1)

> In the case of forms ... sent or made available to potential
> respondents in an electronic format, the agency places the
> currently valid OMB control number ... on the first screen viewed
> by the respondent.  5 CFR 1320.5(b)(2)(ii)(B)

> [A]n agency shall not conduct or sponsor a collection of
> information unless ... the agency informs the potential persons
> who are to respond to the collection of information that such
> persons are not required to respond to the collection of
> information unless it displays a currently valid OMB control
> number.  5 CFR 1320.5(b)(2)(i)

> OMB will consider necessary any collection of information
> specifically mandated by statute ....  5 CFR 1320.5(e)(1)

> An agency may not make a substantive or material modification to
> a collection of information after such collection of information
> has been approved by OMB, unless the modification has been
> submitted to OMB for review and approval under this Part.  5 CFR
> 1320.5(g)

> OMB shall not approve any collection of information for a period
> longer than three years.  5 CFR 1320.10(b)

> Agencies shall provide copies of the material submitted to OMB
> for review promptly upon request by any person.  5 CFR 1320.14(b)

> Any person may request OMB to review any collection of
> information conducted by or for any agency to determine if, under
> this Act and this part, a person shall maintain, provide, or
> disclose the information to or for the agency.  Unless the
> request is frivolous, OMB shall, in coordination with the agency
> responsible for the collection of information:

> (1)  Respond to the request within 60 days after receiving the
>      request, unless such period is extended by OMB to a
>      specified date and the person making the request is given
>      notice of such extension;  and,

> (2)  Take appropriate remedial action, if necessary.  5 CFR
>      1320.14(c)

*Notice of Missing and/or Defective Credentials:*
*Page 11 of 18*

```
1     I request a waiver of all fees for this request.

2

3     Disclosure of the requested information to Me is in the public
4     interest, because it is likely to contribute significantly to public
5     understanding of the operations and activities of the Federal
6     government, and is not primarily in My commercial interest.

7     See also 5 U.S.C. 552(a)(4)(B).

8

9     If you are not the correct person to whom this FOIA request should be
10    directed, please forward it without delay to the correct person(s).

11
12
13    Thank you for your consideration of this FOIA request.
14
15
16    Sincerely yours,
17
18    /s/ Paul Andrew Mitchell
19
20    Paul Andrew Mitchell, B.A., M.S.
21    Private Attorney General, Criminal Investigator and
22    Federal Witness:  18 U.S.C. 1510, 1512-13, 1964(a)
23    http://www.supremelaw.org/decs/agency/private.attorney.general.htm
24
25    All Rights Reserved without Prejudice
26
27    U.S. Mail:
28
29          Paul Andrew Mitchell, B.A., M.S.
30      c/o Lake Union Mail
31          117 East Louisa Street
32          Seattle 98102-3203
33          WASHINGTON STATE, USA
34
35    Attachments
36
37    Copy:  U.S. Marshals, Judicial Security, Seattle, Washington State
38
39    [See USPS Publication #221 for addressing instructions.]
40
```

*Notice of Missing and/or Defective Credentials:*
*Page 12 of 18*

**FREEDOM OF INFORMATION ACT REQUEST**

December 27, 2011 *A.D.*

Disclosure Officer
Office of Information and Regulatory Affairs
The Office of Management and Budget
725 - 17th Street, N.W.
Washington 20503
DISTRICT OF COLUMBIA,USA

Subject:  Freedom of Information Act ("FOIA") Request

Dear Disclosure Officer:

This is a request under the Freedom of Information Act.  I request
that a **true and correct copy of the following documents** be provided to
Me, without delay:

(1)  Regulations implementing the Federal statute at 5 U.S.C. 3331 as
     duly published in the *Federal Register* and/or the *Code of Federal
     Regulations* but not otherwise listed in the *Parallel Table of
     Authorities and Rules* revised January 1, 2011 (see attached);

(2)  materials submitted in compliance with 5 CFR 1320.5 to the
     Director of OMB for review of the Office of Personnel Management
     ("OPM") Standard Form 61 APPOINTMENT AFFIDAVITS as revised in
     June 1996 and August 2002 (copies attached), including but not
     limited to:

     (a)  the certification required under 5 CFR 1320.9;

     (b)  the proposed collection of information;

     (c)  the explanation for the decision that it would not be
          appropriate for the proposed collection of information to
          display an expiration date;

     (d)  the statement indicating that the proposed collection of
          information involves the use of automatic, electronic
          collection techniques;

     (e)  pertinent statutory authority, regulations, and such
          related supporting materials as OMB may have requested;

     (f)  the notice published in the *Federal Register* as required by
          5 CFR 1320.5(a)(1)(iv);

     (g)  OMB's approval of the proposed collection of information
          including either the control number obtained from the
          Director to be displayed upon the collection of
          information, or evidence of the Director's decision to
          permit the collection of information to be used after June
          1996 without a control number.

                *Notice of Missing and/or Defective Credentials:*
                        *Page 13 of 18*

We incorporate as an essential part of this FOIA Request, all of the
following relevant excerpts from the *Code of Federal Regulations*
implementing the Paperwork Reduction Act, to wit:

[A]n agency shall not conduct or sponsor a collection of
information unless ... the collection of information displays a
currently valid OMB control number.  5 CFR 1320.5(b)(1)

In the case of forms ... sent or made available to potential
respondents in an electronic format, the agency places the
currently valid OMB control number ... on the first screen viewed
by the respondent.  5 CFR 1320.5(b)(2)(ii)(B)

[A]n agency shall not conduct or sponsor a collection of
information unless ... the agency informs the potential persons
who are to respond to the collection of information that such
persons are not required to respond to the collection of
information unless it displays a currently valid OMB control
number.  5 CFR 1320.5(b)(2)(i)

OMB will consider necessary any collection of information
specifically mandated by statute ....  5 CFR 1320.5(e)(1)

An agency may not make a substantive or material modification to
a collection of information after such collection of information
has been approved by OMB, unless the modification has been
submitted to OMB for review and approval under this Part.  5 CFR
1320.5(g)

OMB shall not approve any collection of information for a period
longer than three years.  5 CFR 1320.10(b)

Agencies shall provide copies of the material submitted to OMB
for review promptly upon request by any person.  5 CFR 1320.14(b)

Any person may request OMB to review any collection of
information conducted by or for any agency to determine if, under
this Act and this part, a person shall maintain, provide, or
disclose the information to or for the agency.  Unless the
request is frivolous, OMB shall, in coordination with the agency
responsible for the collection of information:

(1)   Respond to the request within 60 days after receiving the
      request, unless such period is extended by OMB to a
      specified date and the person making the request is given
      notice of such extension;  and,

(2)   Take appropriate remedial action, if necessary.  5 CFR
      1320.14(c)

*Notice of Missing and/or Defective Credentials:*
*Page 14 of 18*

```
 1    I request a waiver of all fees for this request.

 2

 3    Disclosure of the requested information to Me is in the public
 4    interest, because it is likely to contribute significantly to public
 5    understanding of the operations and activities of the Federal
 6    government, and is not primarily in My commercial interest.

 7    See also 5 U.S.C. 552(a)(4)(B).

 8

 9    If you are not the correct person to whom this FOIA request should be
10    directed, please forward it without delay to the correct person(s).

11
12
13    Thank you for your consideration of this FOIA request.

14
15
16    Sincerely yours,

17
18    /s/ Paul Andrew Mitchell

19
20    Paul Andrew Mitchell, B.A., M.S.
21    Private Attorney General, Criminal Investigator and
22    Federal Witness:  18 U.S.C. 1510, 1512-13, 1964(a)
23    http://www.supremelaw.org/decs/agency/private.attorney.general.htm
24
25    All Rights Reserved without Prejudice

26
27    U.S. Mail:

28
29          Paul Andrew Mitchell, B.A., M.S.
30       c/o Lake Union Mail
31          117 East Louisa Street
32          Seattle 98102-3203
33          WASHINGTON STATE, USA

34
35    Attachments

36
37    Copy:  U.S. Marshals, Judicial Security, Seattle, Washington State

38
39    [See USPS Publication #221 for addressing instructions.]
40
```

```
 1                      Authorities in re: Presidential Commissions
 2
 3
 4          When person has been nominated to office by President, confirmed
 5          by Senate, and his commission signed by President, with seal of
 6          United States affixed thereto, his appointment is complete.
 7
 8                                        [U.S. v. LeBaron, 60 U.S. 73, 19 How. 73]
 9                                        [15 L.Ed. 525 (1856), bold emphasis added]
10
11
12          The  commissions  of  judicial  officers  ...  appointed  by  the
13          President, by and with the advice and consent of the Senate ...
14          shall be made out and recorded in the Department of Justice under
15          the  seal  of  that  department  and  countersigned  by  the  Attorney
16          General.
17                                         [5 U.S.C. 2902(c), bold emphasis added]
18
19
20          Federal circuit and district judges are among the "other officers
21          of the United States" required to be nominated by the President
22          by and with the advice and consent of the Senate.
23
24                                         [Thomson v. Robb, 328 S.E.2d 136, 140, hn. 3]
25                                                       [229 Va. 233 (Va. 1985)]
26
27
28          From this clause [2:2:2] the Constitution must be understood to
29          declare that all offices of the United States, except in cases
30          where the Constitution itself may otherwise provide, shall be
31          established by law.
32
33                                         [U.S. v. Maurice, 2 Brock, U.S., 96]
34                                                      [26 Fed. Cas. No. 15,747]
35
36
37          ... [W]here the law requires a commission to be issued, the
38          person selected is not entitled to the office until the
39          commission issues, and he cannot be legally qualified by taking
40          the required oath until he has received his commission.
41
42                                         [Legerton v. Chambers, 163 P. 678, 32 Cal.App. 601]
43                                                       [Magruder v. Tuck, 25 Md. 217]
44                                                       [bold emphasis added]
45
46          The commission is in law prima facie proof of the right of the
47          judge to enter on and perform the duties of his office.
48
49                                         [State v. Montague, 130 S.E. 838, 190 N.C. 841]
50                                         [Sylvia Lake Co. v. Northern Ore Co., 151 N.E. 158]
51                                                       [242 N.Y. 144, cert. den. 273 U.S. 695]
52
```

*Notice of Missing and/or Defective Credentials:*
*Page 16 of 18*

It [commission] is **the highest and best evidence of his right to the office** until, on *quo warranto* or a proceeding of that nature, is annulled by judicial determination.

[Thompson v. Holt, 52 Ala. 491]
[**bold** emphasis added]

Without taking the oath prescribed by law, one cannot become a judge either *de jure* or *de facto*, and such an individual is without authority to act and his acts as such are void until he has taken the prescribed oath.

[French v. State, 572 S.W.2d 934]
[Brown v. State, 238 S.W.2d 787]

Law requires the judge selected to take an oath of office.

[U.S. *ex rel.* Scott v. Babb]
[199 F.2d 804 (7th Cir. 1952)]

Appointment was complete upon taking oath.

[Glavey v. U.S., 182 U.S. 595 (1901)]

Judges are required to take oaths.

[7 Op Atty Gen 303]

Oath was prerequisite to compensation of judges.

[7 Op Atty Gen 303]

The salaries of all judges of courts of the United States are due from the date of appointment;  but the party does not become entitled to draw pay until he has entered on the duties of his office, or at least taken his official oath;  for, until then, though under commission, he is not actually in office;  and in some cases, as that of the territorial judges of Oregon, Washington, Kansas, and Nebraska, salary, though due from date of appointment, cannot be drawn until the judge enters on duty in the Territory.

[7 Op Atty Gen 303 *supra*]

Oath was prerequisite to official duties and salary.

[19 Op Atty Gen 219]

*Notice of Missing and/or Defective Credentials:*
*Page 17 of 18*

1
2                              **SALARY OF MINISTER**
3
4      By act of July 11, 1888, chapter 614, the office of chargé
5      d'affaires to Paraguay and Uruguay, the salary of which was
6      $5,000 per annum, was abolished, and provision made for
7      representing the United States there by a minister at $7,500 a
8      year.  B., who at that time held the former office, was on the
9      11th of August, 1888, appointed minister.  He received his
10     commission at his place of duty on the 3d of October, 1888, and
11     on that latter date took the official oath and entered upon the
12     duties of his office as minister:  *Advised* that B. is entitled to
13     draw his salary as minister from the 3d of October, 1888, the
14     date on which he qualified for the office and entered upon its
15     duties, and not from the date of his appointment (Aug. 11, 1888).
16
17                                  [19 Op Atty Gen 219 *supra*]
18
19
20     ... [B]ut whatever form of oath is taken, the taking of the oath
21     is a prerequisite to the entering upon the official duties or
22     drawing salary therefor.
23
24                                  [19 Op Atty Gen 221 *supra*]
25
26
27
28                          #    #    #

                    *Notice of Missing and/or Defective Credentials:*
                                *Page 18 of 18*

Clerks_or_Jerks.pdf    https://supremelaw.org/cc/bill/civil/initial/clerks.or.jerks.pdf

"Clerks or Jerks?  The Pivotal Duties of Federal Court Clerks"

by

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964, Rotella v. Wood

All Rights Reserved (cf. UCC 1-308)

April 24, 2014 *A.D.*

The credential investigation, as we call it, became an ongoing effort
in late August 2001.  At that time, this writer filed a complex copyright
lawsuit in Sacramento, California, USA.  Although Clerk's Office personnel
were definitely on our radar, we did not take that opportunity to delve
too deeply into the various legal duties that are imposed by law upon
Clerks and Deputy Clerks of Federal Courts.  Our plates were quite full
with subpoenas to defense attorneys for their (missing) licenses, and
FOIA requests for the credentials required of Federal Judges and Magistrates.

As the credential investigation expanded and matured during a period
spanning more than a decade after 2001, our focus slowly but surely
shifted to the pivotal role of Federal Court Clerks in almost every activity
and function performed by those Courts.  This shift was driven chiefly
by the Federal statute at 28 U.S.C. 1691, which requires a Clerk's
authorized signature -and- the Court's official seal on ALL "process"
issued by the Court.

That term -- "process" -- covers just about anything and everything
a Federal Court might contemplate doing, such as subpoenas, orders,
writs, warrants, summonses, judgments, injunctions, and so on.
Section 1691 was first enacted on June 25, 1948, and it has never been
amended, to this day.

On closer examination of relevant case law which has accumulated
under Section 1691 during the 65 years it has been law, we were
encouraged to find standing decisions which held that its 2 simple
requirements are also jurisdictional in nature:  a Federal Court
is deprived of jurisdiction *in personam* if it attempts to issue
any summons, subpoena, writ or warrant that does not clearly
satisfy those 2 requirements.

It was not too long before we were compelled to consider the
legal implications that arise whenever Clerk's Office personnel
neglect or refuse to produce evidence of their own credentials.
For Clerks and Deputy Clerks of Court, those credentials include
the U.S. Office of Personnel Management Standard Form 61
("SF-61"), and the second OATH required of all Clerks and
Deputy Clerks by 28 U.S.C. 951 (duties).

The latter term -- "duties" -- was then our immediate motivation

to consider the broader range of tasks which are necessarily tainted,
and thereby rendered void, whenever Clerks and Deputy Clerks of Court
fail to maintain legal custody of their own valid SF-61 credentials.
That motivation was boosted by the statute at 5 U.S.C. 2906,
which expressly designates the "court" -- NOT the Administrative Office
of the U.S. Courts in Washington, D.C. -- as the legal custodian of
all SF-61s required of all Court officers, no exceptions.

   This line of reasoning ended up leading us to two primary and
unavoidable conclusions:

(1)  Clerks and Deputy Clerks must have legal custody of their own
SF-61 credentials, because maintaining all such records is one of
their stated duties;  and,

(2)  a Federal Court is effectively rendered totally impotent,
insofar as there are no personnel in the Clerk's Office who
are duly authorized to satisfy the 2 clear requirements of
Section 1691.

   Lacking required credentials that are also maintained in
their legal custody, all of the latter interlopers -- i.e. impostors --
are not only barred from signing any Court process;
they are also barred from ever handling the Court's official
embossing seal, and from affixing that official seal to any
Court process whatsoever.

   Those are not the only duties imposed by law upon Clerks
and Deputy Clerks of Court.  A deeper search then revealed a
much larger range of their official duties.  For example,
Federal Clerks of Court also:

(a)  select and summon juries;
(b)  maintain custody of all Court records;
(c)  execute and preserve their own SF-61 credentials;
(d)  execute and preserve the second OATH required by 28 U.S.C. 951;
(e)  hire and delegate authority to Deputies;
(f)  transmit and archive electronic documents via email and the Internet;
(g)  handle all monies deposited with the Court;
(h)  supervise all "back office" administrative operations;  and so on.

   If some Deputy Clerks lack valid credentials, it is very likely that
SOME of those duties are being performed without any lawful authority.
In contrast, if the person claiming to be the Clerk of Court lacks valid
credentials, then ALL of those duties are being performed without any
lawful authority.

   The latter conclusion necessarily follows from the fact that
no superior Clerk authority(s) can be delegated to any subordinate
Deputy Clerk(s), if the person claiming to be the Clerk of Court
also lacks valid credentials:  delegation of authority is rendered
legally impossible whenever the latter condition is true.

As long as the Office of Clerk of Court is legally vacant,
there is no authority and no responsibility to delegate, period!

The absence of valid credentials also implicates the suspects
in acts and omissions that warrant criminal penalties.  The most
obvious offenses are concealing records in violation of 18 U.S.C. 1519,
and impersonating officers of the United States in violation of
18 U.S.C. 912.

Other offenses necessarily follow as direct consequences of
impersonation and concealing records.  For example, a myriad
of RICO "predicate acts" are also probable, in violation of
18 U.S.C. 1962, as are deprivations of the Oath of Office Clause
in the U.S. Constitution, in violation of 18 U.S.C. 242 (a misdemeanor),
and conspiracy to do so in violation of 18 U.S.C. 241 (a felony Federal
offense).

A simple example will serve to illustrate how quickly the "rap sheet"
expands.  A Clerk of Court may announce a job opening by publishing
a portable document on the Internet.  That announcement uses
standard letterhead which displays the name and title of the person
claiming to be "Clerk of Court," but s/he lacks valid credentials
as a matter of fact.

Whenever someone views that computer file, its transmission
or "download" via the Internet implicates the impostor/clerk in
felony wire fraud, in violation of 18 U.S.C. 1343.  Transmission
of that document via U.S. Mail also implicates the impostor/clerk
in felony mail fraud, in violation of 18 U.S.C. 1341.  And so it goes,
further implicating a seemingly endless series of other RICO
predicate acts itemized at 18 U.S.C. 1961 e.g. jury tampering,
obstruction of justice etc.

When their negligence to prevent and failure to remedy these
crimes also touch other key officers, like Federal Judges and
U.S. Attorneys, it is no exaggeration to allege and report the
existence of an ongoing conspiracy to engage in a pattern of
racketeering activities, in violation of 18 U.S.C. 1962(d).
Only two (2) RICO predicate acts during any given 10-year period
qualify as a pattern of racketeering activities.  See 18 U.S.C. 1961(5).
Here, see also 18 U.S.C. 4 (misprision of felony).

In plain English, such a Federal courthouse is thus harboring
an organized crime racket that is expressly prohibited by the
Federal RICO laws.

In conclusion, the rapid "domino effect" of so many RICO
predicate acts should alarm even casual observers of this
ongoing pattern of racketeering activities.  All the more so
are active litigants in great jeopardy of being victimized,
and substantially damaged, by the manifold frauds those

activities cause.

One of the most disturbing aspects of this entire crisis
is the widespread failures by licensed defense Counsels
to investigate diligently the pertinent laws and relevant
facts, and to take all steps necessary and appropriate
to protect their legal clients from the obvious actual and
consequential damages.

After all, licensed attorneys are also "officers of the Court,"
and they are likewise bound to support and defend the
Oath of Office Clause at Article VI, Clause 3, in the
U.S. Constitution to the same extent as all other Federal
officers and employees.  Here see 4 U.S.C. 101 (re:
judicial officers of a State):

*"Where rights secured by the Constitution are involved,
there can be no rule making or legislation which would
abrogate them."* -- Miranda v. Arizona

With all sincerity, we look forward anxiously to the day
when this entire mess is thoroughly addressed and
finally fixed.  At a minimum, all confirmed impostors
need to be removed and replaced with personnel who
will honor and obey all laws which specifically apply
to the Offices of Clerk and Deputy Clerk of Court.

#   #   #

(34 of 52) Page 34 of 52 Reply to Motion 24-2209-00/20/2024, DktEntry: 42.1 Page 34 of 52 ...evidence.folders.2004-03-...

-16.htm#SECOND

```
http://www.supremelaw.org/rsrc/commissions/lynch.sandra/          NAD
http://www.supremelaw.org/rsrc/commissions/selya.bruce/
http://www.supremelaw.org/rsrc/commissions/stahl.norman/
http://www.supremelaw.org/rsrc/commissions/torruella.juan/
```

U.S. Court of Appeals, **Second Circuit:**
Circuit Judges:
```
http://www.supremelaw.org/rsrc/commissions/cabranes.jose/
http://www.supremelaw.org/rsrc/commissions/calabresi.guido/        NAD
http://www.supremelaw.org/rsrc/commissions/cardamone.richard/      NAD
http://www.supremelaw.org/rsrc/commissions/chin.denny/
http://www.supremelaw.org/rsrc/commissions/droney.christopher/     NAD   NAD
http://www.supremelaw.org/rsrc/commissions/feinberg.wilfred/       NAD
http://www.supremelaw.org/rsrc/commissions/hall.peter/             NAD
http://www.supremelaw.org/rsrc/commissions/jacobs.dennis/
http://www.supremelaw.org/rsrc/commissions/katzmann.robert/        NAD
http://www.supremelaw.org/rsrc/commissions/kearse.amalya/
http://www.supremelaw.org/rsrc/commissions/leval.pierre/           NAD
http://www.supremelaw.org/rsrc/commissions/livingston.debra/       NAD
http://www.supremelaw.org/rsrc/commissions/lohier.raymond/         NAD   NAD
http://www.supremelaw.org/rsrc/commissions/mclaughlin.joseph/
http://www.supremelaw.org/rsrc/commissions/meskill.thomas/
http://www.supremelaw.org/rsrc/commissions/miner.roger/
http://www.supremelaw.org/rsrc/commissions/newman.jon/
http://www.supremelaw.org/rsrc/commissions/oakes.james/
http://www.supremelaw.org/rsrc/commissions/parker.barrington/      NAD
http://www.supremelaw.org/rsrc/commissions/pooler.rosemary/        NAD
http://www.supremelaw.org/rsrc/commissions/raggi.reena/
http://www.supremelaw.org/rsrc/commissions/sack.robert/            NAD
http://www.supremelaw.org/rsrc/commissions/sotomayor.sonia/        NAD
http://www.supremelaw.org/rsrc/commissions/straub.chester/         NAD
http://www.supremelaw.org/rsrc/commissions/walker.john/
http://www.supremelaw.org/rsrc/commissions/wesley.richard/         NAD
http://www.supremelaw.org/rsrc/commissions/winter.ralph/
```

U.S. Court of Appeals, **Third Circuit:**
Circuit Judges:
```
http://www.supremelaw.org/rsrc/commissions/aldisert.ruggero/      NAD
http://www.supremelaw.org/rsrc/commissions/ambro.thomas/          NAD
http://www.supremelaw.org/rsrc/commissions/barry.maryanne/        NAD
http://www.supremelaw.org/rsrc/commissions/chagares.michael/      NAD
http://www.supremelaw.org/rsrc/commissions/cowen.robert/
http://www.supremelaw.org/rsrc/commissions/fisher.michael/        NAD
http://www.supremelaw.org/rsrc/commissions/fuentes.julio/         NAD
http://www.supremelaw.org/rsrc/commissions/garth.leonard/
http://www.supremelaw.org/rsrc/commissions/greenberg.morton/
http://www.supremelaw.org/rsrc/commissions/hardiman.thomas/       NAD
http://www.supremelaw.org/rsrc/commissions/jordan.kent/           NAD
http://www.supremelaw.org/rsrc/commissions/mckee.theodore/
```

arm No. C-22
v. 11-2-70)



UNITED STATES COURT OF APPEALS
FILED
NOV 1 3 1981
A. DANIEL FUSARO, CLERK
SECOND CIRCUIT

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, ......Richard J. Cardamone........................................, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ......United States Circuit Judge......, according to the best of my abilities and understanding, agreeable to the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

*Richard J Cardamone*

Subscribed and sworn to (confirmed) before me this ................thirteenth.............. day
of ....November........................., 19 ...81....

*Walter C Feinberg*
Chief Judge

FOIA EXEMPTION (b)(6)

Actual abode ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  [United States Court of Appeals.
                                 Second Circuit

Official station ▪ Utica, New York

Date of birth .....▮▮▮▮▮....... 1925

Date of entry on duty ..November 13, 1981...

Note—The Act of May 1, 1876 (Title 48, sec. 1466, United States Code), provides that the oaths of *Territorial Officers* shall be administered in the Territory in which the office is held.
    • Title 28, sec. 456 United States Code, as amended.

IN DEFAULT

# APPOINTMENT AFFIDAVITS

United States Circuit Judge _____        12/1/2011
(Position to which Appointed)                              (Date Appointed)

United States Court of Appeals    Second Circuit _____
(Department or Agency)            (Bureau or Division)      (Place of Employment)

I, Christopher Droney _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 1st day of December, 2011

at New Haven, Connecticut
   (City)            (State)

_____
(Signature of Officer)

(SEAL)

U.S. Circuit Judge
(Title)

Commission expires _____
(If by a Notary Public, the date of his/her Commission should be shown)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

IN DEFAULT

# APPOINTMENT AFFIDAVITS

| | |
|---|---|
| Circuit Judge | 07/07/2004 |
| *(Position to which Appointed)* | *(Date Appointed)* |

| | | |
|---|---|---|
| U.S. Court of Appeals | Second Circuit | Rutland, Vermont |
| *(Department or Agency)* | *(Bureau or Division)* | *(Place of Employment)* |

I, Peter W. Hall , do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 7th day of July , 2004

at 40 Foley Square, New York New York
*(City)* *(State)*

Nayda U. Echevarria
Mayda I. Echevarria
Notary Public, State of New York
No. 01EC6062505
Qualified in Kings County (SEAL)
Commission Expires August 06, 20 05

Commission expires 8/6/05
*(If by a Notary Public, the date of his/her Commission should be shown)*

*(Signature of Officer)*

Dennis Jacobs, Acting Chief Judge
*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

IN DEFAULT

# APPOINTMENT AFFIDAVITS

United States Circuit Judge
*(Position to which Appointed)*

06/01/2007
*(Date Appointed)*

U.S. Court of Appeals
*(Department or Agency)*

2nd Circuit
*(Bureau or Division)*

New York, NY
*(Place of Employment)*

I, Debra Ann Livingston, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 1st day of June, 2007

at New York
*(City)*

New York
*(State)*

*(Signature of Officer)*

(SEAL)

Commission expires _____
*(If by a Notary Public, the date of his/her Commission should be shown)*

Chief U.S. Circuit Judge
*(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable


IN DEFAULT

# APPOINTMENT AFFIDAVITS

United States Circuit Judge _____     1-3-11
*(Position to which Appointed)*                      *(Date Appointed)*

United States Court of Appeals     2nd Circuit     New York, New York
*(Department or Agency)*     *(Bureau or Division)*     *(Place of Employment)*

I, Raymond J. Lohier Jr. _____, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
*(Signature of Appointee)*

Subscribed and sworn (or affirmed) before me this 3rd day of January _____, 2011

at _____ New York _____     _____ New York _____
*(City)*     *(State)*

_____
*(Signature of Officer)*

(SEAL)

Commission expires_____     Chief Judge
*(If by a Notary Public, the date of his/her Commission should be shown)*     *(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

IN DEFAULT



Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-108

# APPOINTMENT AFFIDAVITS

United States Circuit Court Judge for the Second Circuit    June 9, 1998
(Position to which appointed)                                (Date of appointment)

United States Courts    Second Circuit    Syracuse, New York
(Department or agency)    (Bureau or Division)    (Place of employment)

I,    Rosemary S. Pooler    , do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_(Signature of appointee)_
Rosemary S. Pooler

Subscribed and sworn (or affirmed) before me this 15th day of June , 1998 ,

at    Syracuse                           New York
        (City)                              (State)

CHRISTINE L. MARASCALCHI
Notary Public, State of New York
Qualified in Cayuga Co. No. 4791381
My Commission Expires Sept. 30, 1999

_(Signature of officer)_
Christine L. Marascalchi
Notary Public
(Title)

Commission expires 9-30-99
(If by a Notary Public, the date of expiration of his/her Commission should be shown)

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken, and only when the appointee elects to affirm the affidavits.

NSN 7540-00-634-4015          GPO : 1993 O - 353-835          Prior Edition Usable

IN DEFAULT

Revised June 1968
U.S. Office of Personnel Management
FPM Chapter 296
61-108

# APPOINTMENT AFFIDAVITS

U.S. Circuit Judge                     June 16, 1998
(Position to which appointed)          (Date of appointment)

U.S. Courts        Court of Appeals, 2d Cir.   New York, NY
(Department or agency)   (Bureau or Division)    (Place of employment)

I,      Robert D. Sack                    do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_(Signature of appointee)_

Subscribed and sworn (or affirmed) before me this _10th_ day of _August_, 19 _98_,

at   _New York_                               _NY_
        (City)                                (State)

[SEAL]                          _(Signature of officer)_

_Notary Public_
                                      (Title)
Commission expires _12/31/98_    ANN MARY WISNIEWSKI
(If by a Notary Public, the date of expiration of his/her    NOTARY PUBLIC, State of New York
Commission should be shown)        No. 4813882
                                   Qualified in Suffolk County
                                   Commission Expires December 31, 19 98

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words ", so help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.

NSN 7540-00-634-4015          GPO : 1993 O – 353-835    ANN MARY WISNIEWSKI       Prior Edition Usable
                                                        NOTARY PUBLIC, State of New York
                                                        No. 4813882
                                                        Qualified in Suffolk County
                                                        Commission Expires December 31, 19 98

IN DEFAULT

STANDARD FORM 61
Revised June 1988
U.S. Office of Personnel Management
FPM Chapter 296
61-106

# APPOINTMENT AFFIDAVITS

Judge of the
United States Court of Appeals,          June 3, 1998
Second Circuit
*(Position to which appointed)*                *(Date of appointment)*

U.S. Court of Appeals                     New York, NY
*(Department or agency)*    *(Bureau or Division)*    *(Place of employment)*

I,          CHESTER J. STRAUB          do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this  15th  day of   July        19 98 ,

at        New York                              New York
*(City)*                                    *(State)*

[SEAL]  MARY A. WIECZOREK
        Notary Public, State of New York        *(Signature of officer)*
        No. 24-4261060
        Qualified in Kings County
Commission expires  Commission Expires Feb. 28, 2002
                                            *(Title)*
(If by a Notary Public, the date of expiration of his/her
Commission should be shown)

NOTE.—*The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.*

NSN 7540-00-634-4015          GPO : 1993 O – 353-835          Prior Edition Usable

IN DEFAULT

STANDARD FORM 61
Revised June 1986
U.S. Office of Personnel Management
FPM Chapter 296
61-105

# APPOINTMENT AFFIDAVITS

Circuit Judge
*(Position to which appointed)*

June 18, 2003
*(Date of appointment)*

U.S. Court of Appeals
*(Department or agency)*

Second Circuit
*(Bureau or Division)*

Rochester, New York
*(Place of employment)*

I, Richard C. Wesley, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

*(Signature of appointee)*

Subscribed and sworn (or affirmed) before me this 18th day of June 2003,

at 40 Foley Square, New York, NEW YORK
*(City)* *(State)*

[SEAL]

*(Signature of officer)*

Commission expires _____
*(If by a Notary Public, the date of expiration of his/her Commission should be shown)*

John M. Walker, Jr., Chief Judge
*(Title)*

NOTE.—The oath of office must be administered by a person specified in 5 U.S.C. 2903. The words "So help me God" in the oath and the word "swear" wherever it appears above should be stricken out when the appointee elects to affirm rather than swear to the affidavits; only these words may be stricken and only when the appointee elects to affirm the affidavits.



IN DEFAULT

https://www.delawarelawfirm/corp/omissions/calabresi.guido/nad.missi...

# NOTICE AND DEMAND FOR
## EXHIBITION OF MISSING CREDENTIALS

TO:      Guido Calabresi
    c/o U.S. Court of Appeals for the Second Circuit
      500 Pearl Street
      New York 10007
      NEW YORK, USA

**IN DEFAULT**

FROM:    Paul Andrew Mitchell, B.A., M.S.
      Private Attorney General
    c/o 501 W. Broadway, Suite A-332
      San Diego 92101
      CALIFORNIA, USA

DATE:    December 27, 2007 *A.D.*

SUBJECT: missing credentials

Greetings Guido Calabresi:

Please be advised that a proper request submitted under the Freedom of Information Act ("FOIA") has resulted in a determination that the following requisite credentials for you cannot be found or exhibited by the legal custodians of those records:

    (1)   Appointment Affidavit

As of October 1, 2004 *A.D.*, a proper SUBPOENA IN A CIVIL CASE was overdue for your Oath Office and Appointment Affidavit.

For your convenience, we have attached pertinent documentation.

Formal demand is hereby made of you to produce all missing credentials as itemized above no later than 5:00 p.m. on Friday, February 1, 2008 *A.D.*  Beyond that reasonable deadline, your silence will activate estoppel pursuant to Carmine v. Bowen, and it will also constitute fraud pursuant to U.S. v. Tweel.

Thank you for your timely and professional consideration.

Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964(a)

## NOTICE AND DEMAND FOR
## EXHIBITION OF MISSING CREDENTIALS

```
TO:      Wilfred Feinberg
      c/o U.S. Court of Appeals for the Second Circuit
         500 Pearl Street
         New York 10007
         NEW YORK, USA

FROM:    Paul Andrew Mitchell, B.A., M.S.      IN DEFAULT
         Private Attorney General
      c/o 501 W. Broadway, Suite A-332
         San Diego 92101
         CALIFORNIA, USA
```

DATE:   December 27, 2007 *A.D.*

SUBJECT: missing credentials

Greetings Wilfred Feinberg:

Please be advised that a proper request submitted under the Freedom of Information Act ("FOIA") has resulted in a determination that the following requisite credentials for you cannot be found or exhibited by the legal custodians of those records:

  (1)   Appointment Affidavit

As of October 1, 2004 *A.D.*, a proper SUBPOENA IN A CIVIL CASE was overdue for your Oath Office and Appointment Affidavit.

For your convenience, we have attached pertinent documentation.

Formal demand is hereby made of you to produce all missing credentials as itemized above no later than 5:00 p.m. on Friday, February 1, 2008 *A.D.* Beyond that reasonable deadline, your silence will activate estoppel pursuant to Carmine v. Bowen, and it will also constitute fraud pursuant to U.S. v. Tweel.

Thank you for your timely and professional consideration.


Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964(a)

# NOTICE AND DEMAND FOR
## EXHIBITION OF MISSING CREDENTIALS

```
TO:      Robert A. Katzmann
    c/o U.S. Court of Appeals for the Second Circuit
         500 Pearl Street
         New York 10007
         NEW YORK, USA

FROM:    Paul Andrew Mitchell, B.A., M.S.      IN DEFAULT
         Private Attorney General
    c/o 501 W. Broadway, Suite A-332
         San Diego 92101
         CALIFORNIA, USA

DATE:    December 27, 2007 A.D.

SUBJECT: missing credentials
```

Greetings Robert A. Katzmann:

Please be advised that a proper request submitted under the Freedom of Information Act ("FOIA") has resulted in a determination that the following requisite credentials for you cannot be found or exhibited by the legal custodians of those records:

```
    (1)    Oath of Office
    (2)    Appointment Affidavit
```

As of October 1, 2004 A.D., a proper SUBPOENA IN A CIVIL CASE was overdue for your Oath Office and Appointment Affidavit.

For your convenience, we have attached pertinent documentation.

Formal demand is hereby made of you to produce all missing credentials as itemized above no later than 5:00 p.m. on Friday, February 1, 2008 A.D.  Beyond that reasonable deadline, your silence will activate estoppel pursuant to Carmine v. Bowen, and it will also constitute fraud pursuant to U.S. v. Tweel.

Thank you for your timely and professional consideration.


Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964(a)

**NOTICE AND DEMAND FOR
EXHIBITION OF MISSING CREDENTIALS**


TO:        Pierre N. Leval
     c/o U.S. Court of Appeals for the Second Circuit
         500 Pearl Street
         New York 10007
         NEW YORK, USA

FROM:      Paul Andrew Mitchell, B.A., M.S.    IN DEFAULT
           Private Attorney General
     c/o 501 W. Broadway, Suite A-332
         San Diego 92101
         CALIFORNIA, USA

DATE:      December 27, 2007 *A.D.*

SUBJECT:   missing credentials


Greetings Pierre N. Leval:

Please be advised that a proper request submitted under the Freedom
of Information Act ("FOIA") has resulted in a determination that the
following requisite credentials for you cannot be found or exhibited
by the legal custodians of those records:

     (1)   Oath of Office

As of October 1, 2004 *A.D.*, a proper SUBPOENA IN A CIVIL CASE was
overdue for your Oath Office and Appointment Affidavit.

For your convenience, we have attached pertinent documentation.

Formal demand is hereby made of you to produce all missing
credentials as itemized above no later than 5:00 p.m. on Friday,
February 1, 2008 *A.D.*  Beyond that reasonable deadline, your silence
will activate estoppel pursuant to Carmine v. Bowen, and it will also
constitute fraud pursuant to U.S. v. Tweel.

Thank you for your timely and professional consideration.


Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964(a)

## NOTICE AND DEMAND FOR
## EXHIBITION OF MISSING CREDENTIALS


TO:        Barrington D. Parker, Jr.
      c/o U.S. Court of Appeals for the Second Circuit
           500 Pearl Street
           New York 10007
           NEW YORK, USA

FROM:      Paul Andrew Mitchell, B.A., M.S.        **IN DEFAULT**
           Private Attorney General
      c/o 501 W. Broadway, Suite A-332
           San Diego 92101
           CALIFORNIA, USA

DATE:      December 27, 2007 *A.D.*

SUBJECT:  missing credentials


Greetings Barrington D. Parker, Jr.:

Please be advised that a proper request submitted under the Freedom
of Information Act ("FOIA") has resulted in a determination that the
following requisite credentials for you cannot be found or exhibited
by the legal custodians of those records:

      (1)    Presidential Commission
      (2)    Oath of Office
      (3)    Appointment Affidavit
      (4)    Senate Confirmation

As of October 1, 2004 *A.D.*, a proper SUBPOENA IN A CIVIL CASE was
overdue for your Oath Office and Appointment Affidavit.

For your convenience, we have attached pertinent documentation.

Formal demand is hereby made of you to produce all missing
credentials as itemized above no later than 5:00 p.m. on Friday,
February 1, 2008 *A.D.* Beyond that reasonable deadline, your silence
will activate estoppel pursuant to Carmine v. Bowen, and it will also
constitute fraud pursuant to U.S. v. Tweel.

Thank you for your timely and professional consideration.


Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964(a)

NOTICE AND DEMAND FOR
EXHIBITION OF MISSING CREDENTIALS


TO:        Sonia Sotomayor
      c/o U.S. Court of Appeals for the Second Circuit
           500 Pearl Street
           New York 10007
           NEW YORK, USA

                                              IN DEFAULT

FROM:      Paul Andrew Mitchell, B.A., M.S.
           Private Attorney General
      c/o 501 W. Broadway, Suite A-332
           San Diego 92101
           CALIFORNIA, USA


DATE:      December 27, 2007 *A.D.*


SUBJECT:   missing credentials


Greetings Sonia Sotomayor:

Please be advised that a proper request submitted under the Freedom
of Information Act ("FOIA") has resulted in a determination that the
following requisite credentials for you cannot be found or exhibited
by the legal custodians of those records:

      (1)    Oath of Office
      (2)    Appointment Affidavit

As of October 1, 2004 *A.D.*, a proper SUBPOENA IN A CIVIL CASE was
overdue for your Oath Office and Appointment Affidavit.

For your convenience, we have attached pertinent documentation.

Formal demand is hereby made of you to produce all missing
credentials as itemized above no later than 5:00 p.m. on Friday,
February 1, 2008 *A.D.*  Beyond that reasonable deadline, your silence
will activate estoppel pursuant to Carmine v. Bowen, and it will also
constitute fraud pursuant to U.S. v. Tweel.

Thank you for your timely and professional consideration.


Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964(a)

email (preferred):
<supremelawfirm@gmail.com>



1 of 2

TO:

U.S. Court of Appeals
for the Second Circuit
Attn: Circuit Executive
40 Foley Square
New York City 10007
New York State, USA



10007



email (preferred):
<supremelawfirm@gmail.com>

2 of 2

TO:

U.S. Court of Appeals
for the Second Circuit
Attn: Circuit Executive
40 Foley Square
New York City 10007
New York State, USA

USM4ID
SDNY

10007