| | | |
|---|---|---|
| STATE OF NEW YORK | ) | **AFFIDAVIT OF SERVICE** |
| | ) ss.: | **BY OVERNIGHT FEDERAL** |
| COUNTY OF NEW YORK | ) | **EXPRESS NEXT DAY AIR** |

I, Tyrone Heath, 2179 Washington Avenue, Apt. 19, Bronx, New York 10457, being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and resides at the address shown above or at

**On October 14, 2024**

deponent served the within: **Confidential Joint Appendix (Filed Under Seal)**

upon:

**Steven Wu**
**Philip Tisne**
**New York County District Attorney's Office**
**Appeals Bureau**
**One Hogan Place**
**New York, New York 10013**
**(212) 335-9326**
*Attorneys for Plaintiff-Appellee*

the address(es) designated by said attorney(s) for that purpose by depositing **1** true copy(ies) of same, enclosed in a properly addressed wrapper in an Overnight Next Day Air Federal Express Official Depository, under the exclusive custody and care of Federal Express, within the State of New York.

**Sworn to before me on October 14, 2024**

*[signature: Mariana Braylovskiy]*                  *[signature: T. Heath]*

**MARIANA BRAYLOVSKIY**
Notary Public State of New York
No. 01BR6004935
Qualified in Richmond County
Commission Expires March 30, 2026        **Job# 333505**