United States Court of Appeals

for the

Second Circuit

| | | |
|---|---|---|
| People of the State of New York,) | Appeal No. <u>24-2299</u> |
| ) | |
| Plaintiffs/Appellees ) | USDC/SDNY No. <u>1:23-cv-03773-AKH</u> |
| ) | |
| -against- ) | |
| ) | |
| Donald J. Trump, ) | |
| ) | |
| Defendant/Appellant. ) | |
| ------------------------------) | |
| ) | |
| United States ) | **NOTICE OF CHALLENGE TO** |
| *ex relatione* ) | **JURY SELECTION LAWS:** |
| Paul Andrew Mitchell, ) | |
| ) | FRAP 44; |
| Intervenor. ) | FRCP 5.1. |
| ------------------------------) | |

The United States *ex rel.,* Intervenor by right, hereby provides actual NOTICE to the Office of the United States Attorney General, and to the Office of the New York State ("NYS") Attorney General, of its formal challenges to the constitutionality of the NYS juror eligibility statute, and to the Federal Jury Selection and Service Act, pursuant to Rule 44 in the Federal Rules of Appellate Procedure and Rule 5.1 of the Federal Rules of Civil Procedure.

Accordingly, the Office of the Clerk of this honorable Court must certify to the Offices of the United States Attorney General and of the New York State Attorney General the facts summarized above and further itemized in the documents now archived on the Internet here:

*Notice of Challenge to Jury Selection Laws: Page 1 of 3*

URGENT NOTICE OF INTENT TO APPLY FOR LEAVE TO INTERVENE
https://supremelaw.org/cc/trump/letter.2024-08-19/notice.of.intent.pdf

APPLICATION FOR LEAVE TO INTERVENE AND
CONDITIONAL NOTICE OF REMOVAL
https://supremelaw.org/cc/trump/removal.2024-08-23/notice.of.removal.pdf

Request for legible copy of U.S. OPM Standard Form 61
APPOINTMENT AFFIDAVITS for Mr. Alvin K. Hellerstein
https://supremelaw.org/cc/trump/removal.2024-08-23.1/email.2024-08-23.1.pdf

ACTUAL NOTICE: multiple violations of 5 USC 3333, 7311 and 18
USC 1918 on counterfeit Standard Forms 61, USDC/SDNY personnel
(past and present)
https://supremelaw.org/cc/trump/removal.2024-08-23.2/email.2024-08-23.2.pdf

Request for Docket Status of APPLICATION FOR LEAVE TO INTERVENE:
People v. Trump, No. 71543-23
https://supremelaw.org/cc/trump/removal.2024-09-02/email.2024-09-02.pdf

NOTICE OF INTENT TO INTERVENE BY RIGHT: 28 U.S.C. 2403(a) in
People v. Trump, USDC/SDNY Case 1:23-cv-03773-AKH
https://supremelaw.org/cc/trump/removal.2024-09-04/email.2024-09-04.2.pdf

NOTICE OF INTERVENTION BY RIGHT
https://supremelaw.org/cc/trump/removal.2024-09-05/notice.of.intervention.2.pdf

INTERVENOR'S OPENING BRIEF
https://supremelaw.org/cc/trump/removal.2024-09-06/opening.pdf

NOTICE OF OBJECTIONS AND REFUSAL FOR CAUSES
https://supremelaw.org/cc/trump/removal.2024-09-14/objections.pdf

18 U.S.C. 4 report: ACTUAL NOTICE OF COUNTERFEIT APPOINTMENT
AFFIDAVITS signed by Debra Ann Livingston on June 1, 2007
https://supremelaw.org/cc/trump/removal.2024-09-16.2/email.2024-09-16.2.htm

## Request for Leave to Serve via Electronic Mail ("email")

Intervenor United States *ex rel.* respectfully requests leave to
serve the instant NOTICE via email, unless otherwise requested by
any of the intended recipients listed in the PROOF OF SERVICE *infra.*

*Notice of Challenge to Jury Selection Laws:  Page 2 of 3*

PROOF OF SERVICE

I, Paul Andrew Mitchell, *Sui Juris*, hereby certify, under penalty of perjury, under the laws of the **United States of America**, without the "**United States**" (federal government), that I am at least 18 years of age, a Citizen of ONE OF the **United States of America**, and that I personally served the following document(s):

**NOTICE OF CHALLENGE TO JURY SELECTION LAWS**

by transmitting same via email to each of the following:

**Office of the United States Attorney General**
Attention: <CRT.SpeakerRequests@usdoj.gov>

**Office of the New York State Attorney General**
Attention: <NYAG.Pressoffice@ag.ny.gov>

**U.S. Court of Appeals for the Second Circuit**
Attention: <newcases@ca2.uscourts.gov>

**Blanche Law PLLC**
Attention: <toddblanche@blanchelaw.com>

**District Attorney**
Attention: <bragga@dany.nyc.gov>


Dated:   September 17, 2024 *A.D.*

Signed:  /s/ Paul Andrew Mitchell, B.A., M.S.

Printed: Paul Andrew Mitchell, Relator *In Propria Persona*

Email (preferred): supremelawfirm@gmail.com

Address:              Telephone Number:
642 Meadow Avenue     (541) 603-0200 (leave VM)
Roseburg 97470-1415
Oregon, USA

**All Rights Reserved** (cf. UCC 1-308)


*Notice of Challenge to Jury Selection Laws:  Page 3 of 3*

email (preferred):
<supremelawfirm@gmail.com>



PORTLAND OR 972

18 SEP 2024 PM 5 L



U.S. Court of Appeals
for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

10007-150301