**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**ALVIN L. BRAGG, JR.**
DISTRICT ATTORNEY

October 18, 2024

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, N.Y. 10007

    Re: *People of the State of New York v. Trump*, No. 24-2299

Dear Ms. O'Hagan Wolfe,

    I represent appellee the People of the State of New York in this appeal. Pursuant to Local Rule 31.2(a)(1)(B), respondent respectfully requests 91 days within which to file its brief, i.e., on or before January 13, 2025.

    Thank you,

    /s/ Steven C. Wu

    Steven C. Wu
    Chief, Appeals Division
    (212) 335-9326

**Via ACMS**
Todd Blanche
Emil Bove
Blanche Law PLLC
  *Attorneys for Defendant-Appellant Trump*