# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** People of the State of New York v. President Donald J. Trump   **Docket No.:** 24-2299

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Robert J. Giuffra, Jr.

**Firm:** Sullivan & Cromwell LLP

**Address:** 125 Broad Street, New York, NY 10004

**Telephone:** 212-558-3121    **Fax:** 212-291-9064

**E-mail:** giuffrar@sullcrom.com

**Appearance for:** President Donald J. Trump, Defendant-Appellant
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Emil Bove, Blanche Law PLLC )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on January 23, 2024   OR

☐ I applied for admission on _____.

**Signature of Counsel:** /s/ Robert J. Giuffra, Jr.

**Type or Print Name:** Robert J. Giuffra, Jr.