# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **People of the State of New York v. President Donald J. Trump**     Docket No.: **24-2299**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Matthew A. Schwartz

Firm: Sullivan & Cromwell LLP

Address: 125 Broad Street, New York, NY 10004

Telephone: 212-558-4197     Fax: 212-291-9481

E-mail: schwartzmatthew@sullcrom.com

Appearance for: President Donald J. Trump, Defendant-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Robert J. Giuffra, Jr., Sullivan & Cromwell LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on February 9, 2022     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Matthew A. Schwartz

Type or Print Name: Matthew A. Schwartz