## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: People of the State of New York v. President Donald J. Trump     Docket No.: 24-2299

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Morgan L. Ratner

Firm: Sullivan & Cromwell LLP

Address: 1700 New York Avenue, N.W., Suite 700, Washington, D.C. 20006

Telephone: 202-956-7522     Fax: 202-956-7676

E-mail: ratnerm@sullcrom.com

Appearance for: President Donald J. Trump, Defendant-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Robert J. Giuffra, Jr., Sullivan & Cromwell LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on n/a     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Morgan L. Ratner

Type or Print Name: Morgan L. Ratner