UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2299

**Caption [use short title]**

**Motion for:** extension of briefing schedule (emergency)

People of the State of New York

v.

President Donald J. Trump

Set forth below precise, complete statement of relief sought:

President Donald J. Trump respectfully requests that the Court issue an order extending the deadline for President Trump's reply brief by 28 days and establish a new deadline of March 3, 2025. The People do not oppose this request.

**MOVING PARTY:** President Donald J. Trump  **OPPOSING PARTY:** People of the State of New York

☐ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Robert J. Giuffra, Jr.  **OPPOSING ATTORNEY:** Steven C. Wu

[name of attorney, with firm, address, phone number and e-mail]

Sullivan & Cromwell LLP | Alvin L. Bragg, Jr., District Attorney, New York County
125 Broad Street, New York, NY 10004 | One Hogan Place, New York, NY 10013
(212) 558-4000; giuffrar@sullcrom.com | (212) 335-9000

Court- Judge/ Agency appealed from: Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☒ No
Has this relief been previously sought in this court?  ☐ Yes  ☒ No

Requested return date and explanation of emergency:
President Trump respectfully requests a ruling as quickly as possible in light of the upcoming reply brief deadline of February 3, 2025.

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Robert J. Giuffra, Jr.  **Date:** January 31, 2025  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK,<br><br>　　　　　　　　　*Plaintiff-Appellee,*<br><br>v.<br><br>PRESIDENT DONALD J. TRUMP,<br><br>　　　　　　　　　*Defendant-Appellant.* | Case No. 24-2299 |

**UNOPPOSED EMERGENCY MOTION OF PRESIDENT DONALD J. TRUMP TO EXTEND BRIEFING SCHEDULE**

Pursuant to Federal Rule of Appellate Procedure 27 and Second Circuit Rule 27.1, President Donald J. Trump respectfully requests that this Court issue an order extending the deadline for President Trump's reply brief by 28 days and establish a new deadline of March 3, 2025. The reply brief is currently due February 3. This is President Trump's first request for an extension. Counsel for President Trump has conferred with counsel for the Manhattan District Attorney's Office (DANY), which does not oppose this Motion.

For the following reasons, extraordinary circumstances warrant the requested short extension of the briefing schedule here.

1. This appeal arises out of President Trump's removal, and the district court's subsequent remand, of the unprecedented and unlawful criminal action brought against President Trump in New York state court, which ultimately resulted in a guilty verdict on 34 felony counts. Dkt. 59 at 27. On January 10, 2025, the New York trial court sentenced President Trump to an unconditional discharge. *Id.* at 90-92.

2. The deeply flawed criminal prosecution of President Trump implicates substantial and urgent questions of federal law that go to the heart of our constitutional structure, our electoral democracy, and the rule of law. These questions are of the utmost importance both to the sitting President of the United States—the head of a coordinate branch of the federal government—and to the office of the Presidency itself.

3. Throughout the relevant proceedings, including this case and the instant appeal, President Trump has been represented by Todd Blanche and Emil Bove of Blanche Law PLLC. On January 20, 2025, Mr. Bove was appointed Acting United States Deputy Attorney General. That same day, Mr. Blanche was nominated to fill the same position, and his nomination remains pending. Mr. Blanche expects his Senate confirmation hearing to take place within the next several weeks. President Trump has announced

2

that Mr. Bove will then serve as Principal Associate Deputy Attorney General. *See* Statement From President Donald J. Trump (Nov. 14, 2024). Due to these vital government roles, neither of President Trump's current counsel is able to continue representing the President in this or any other matter.

4. President Trump recently retained Sullivan & Cromwell LLP to represent him in this appeal and in the underlying criminal case.

5. President Trump filed his opening brief in this appeal on October 14, 2024. DANY filed its brief on January 13, 2025, three days after President Trump's sentencing. Pursuant to Second Circuit Rule 31.2(a)(2), President Trump's reply brief is therefore currently due on February 3, 2025—three days from today.

6. In its brief, DANY claims, among other things, that President Trump's January 10 "sentencing and the conclusion of the state criminal action" against him "have rendered moot his attempt to remove the state criminal trial" to federal court. Br. 2.

7. Pursuant to Second Circuit Rule 27.1(f), "extraordinary circumstances" warrant granting President Trump and his new counsel a modest extension of the current reply brief deadline to enable them to (i) evaluate the many substantive and procedural questions presented by this

3

appeal, including preemption, Presidential immunity, due process, abstention, and mootness; (ii) reach a fully informed view on the best way to proceed with this appeal; (iii) confer on all available options; and (iv) as appropriate, prepare an effective reply brief that assists the Court in its decision, particularly with respect to the questions that were not addressed, due to timing, in President Trump's opening brief, which was filed before sentencing. Counsel respectfully submits that a short additional delay of four weeks would be sufficient in these circumstances given the number, complexity, and significance of the issues.

8. A modest extension of the briefing schedule will not prejudice DANY, which was the prevailing party below, and which has claimed there is nothing at stake remaining in this appeal in any event. Nor will a four-week delay harm the interests of any other party or the public interest.

9. Pursuant to Second Circuit Rule 27.(1)(d), President Trump respectfully designates this Motion an "Emergency Motion" and requests a decision as quickly as possible in light of the impending reply brief deadline of February 3. Counsel for the President filed this Motion as quickly as practicable after assuming the representation and evaluating the relevant

4

circumstances. Counsel for the President contacted the clerk's office on the morning of January 31 to advise them of this forthcoming Motion.

JANUARY 31, 2025

Respectfully submitted,

/s/ *Robert J. Giuffra, Jr.*
ROBERT J. GIUFFRA, JR.
MATTHEW A. SCHWARTZ
JAMES M. MCDONALD*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000
giuffrar@sullcrom.com

* *Renewal forthcoming*

JEFFREY B. WALL
MORGAN L. RATNER
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW
Washington, DC 20006
(202) 956-7500

*Counsel for President Donald J. Trump*

## CERTIFICATE OF COMPLIANCE

This Motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 731 words.

This Motion also complies with Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5) and (6) because it was prepared in 14-point font using a proportionally spaced typeface.

/s/ *Robert J. Giuffra, Jr.*

JANUARY 31, 2025

## CERTIFICATE OF SERVICE

I hereby certify that, on this 31st day of January, 2025, I electronically filed the foregoing Motion with the Clerk for the United States Court of Appeals for the Second Circuit using the appellate CM/ECF system. I certify that service will be accomplished by the CM/ECF system for all participants in this case who are registered CM/ECF users.

JANUARY 31, 2025                                             /s/ *Robert J. Giuffra, Jr.*