# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand twenty-five.

_____

People of the State of New York,

   Plaintiff- Appellee,

 v.

Donald J. Trump,

   Defendant - Appellant.

_____

**ORDER**

Docket No. 24-2299

Appellant moves for a 28-day extension of time, to March 3, 2025, to file the reply brief. The motion is unopposed.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court