

March 3, 2025

<u>Via Electronic Filing</u>

Catherine O'Hagan Wolfe, Esq.,
   Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square,
New York, New York 10007

Re:    <u>*People v. Trump*, No. 24-02299</u>

Dear Ms. Wolfe:

     I write to notify the Court and all counsel of record in this case that Blanche Law PLLC, including attorneys Todd Blanche and Emil Bove, are withdrawing as counsel for President Donald J. Trump. President Trump continues to be represented by the other attorneys of record and our withdrawal will not delay resolution of the matter.

                                                Respectfully Submitted,

                                                <u>/s/ Todd Blanche</u>
                                                Todd Blanche
                                                Blanche Law PLLC

cc:     All counsel of record (via electronic filing)