# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2299

**Motion for:** leave to file amicus brief out of time

**Caption [use short title]**

People of the State of New York

v.

Trump

Set forth below precise, complete statement of relief sought:

The United States seeks leave of court to file an untimely amicus brief in this case.

**MOVING PARTY:** United States    **OPPOSING PARTY:** See attached addendum

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Maxwell A. Baldi    **OPPOSING ATTORNEY:** See attached addendum

[name of attorney, with firm, address, phone number and e-mail]

U.S. Department of Justice, Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW, Rm. 7513, Washington, DC 20530
(202) 532-0211; maxwell.baldi@usdoj.gov

**Court-Judge/Agency appealed from:** U.S. District Court for the Southern District of New York (Hellerstein, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes   ☐ No (explain): See attached addendum

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ■ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ■ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?  ☐ Yes  ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ■ No  If yes, enter date: _____

**Signature of Moving Attorney:**
MAXWELL BALDI  *Digitally signed by MAXWELL BALDI Date: 2025.03.26 12:11:52 -04'00'*  **Date:** 03/26/2025    **Service:** ■ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# ADDENDUM
# POSITIONS OF OPPOSING PARTIES AND COUNSEL

### President Donald T. Trump, *appellant*

| | |
|---|---|
| Counsel: | Jeffrey B. Wall |
| | Sullivan & Cromwell LLP |
| | 1700 New York Avenue, N.W., Suite 700, Washington, D.C. 20006 |
| | (202) 956-7660 |
| | wallj@sullcrom.com |
| Position: | President Trump consents to the relief sought in this motion. |

### People of the State of New York, *appellee*

| | |
|---|---|
| Counsel: | Steven C. Wu |
| | New York County District Attorney's Office |
| | One Hogan Place, New York, New York 10013 |
| | (212) 335-9326 |
| | WuS@dany.nyc.gov |
| Position: | The State prefers to see the United States' motion and proposed brief before expressing its position. |

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

PEOPLE OF THE STATE OF NEW YORK,

*Plaintiff-Appellee*,

v.

DONALD J. TRUMP,

*Defendant-Appellant*,

No. 24-2299

## MOTION FOR LEAVE TO FILE AMICUS BRIEF OUT OF TIME

Pursuant to Federal Rule of Appellate Procedure 29(a)(6), the United States respectfully moves for leave to file an amicus brief in this case out of time. Counsel for President Donald J. Trump consents to the relief sought in this motion. Counsel for the State prefers to see the United States' motion and proposed brief before expressing their position.

1. This case involves the scope of the federal officer removal statute, 28 U.S.C. § 1442(a)(1). President Trump filed his opening brief on October 14, 2024; the State filed its response brief on January 13, 2025; President Trump filed his reply brief on March 3, 2025.

2. The United States has a direct interest in the issue presented on appeal. Section 1442(a)(1) was enacted for the protection of federal entities and officers and those enlisted by the federal government to perform federal tasks. The federal officer

removal statute is a critical tool deployed in cases commenced in state court to ensure that federal defendants have a federal forum to resolve their federal defenses, including official immunity.

3. An amicus brief in support of the appellant was originally due on October 21, 2024, before the change in administration. The current administration has now had an opportunity to evaluate the case, and the Acting Solicitor General has determined that the United States should participate as amicus in this appeal. Allowing the federal government to file an amicus brief is particularly appropriate here because the United States has significant institutional interests in the proper interpretation of the federal officer removal statute.

In these circumstances, we respectfully seek leave to file the attached amicus brief out of time.

## CONCLUSION

For the foregoing reasons, the Court should permit the United States to file the attached amicus brief.

        Respectfully submitted,

        YAAKOV M. ROTH
          *Acting Assistant Attorney General*

        ERIC D. MCARTHUR
          *Deputy Assistant Attorney General*

        MARK R. FREEMAN
        MICHAEL S. RAAB

        */s/ Maxwell A. Baldi*
        MAXWELL A. BALDI
          *Attorneys, Appellate Staff*
          *Civil Division, Room 7513*
          *U.S. Department of Justice*
          *950 Pennsylvania Avenue NW*
          *Washington, DC 20530*
          *(202) 305-1754*

        maxwell.baldi@usdoj.gov

March 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 290 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

*/s/ Maxwell A. Baldi*
MAXWELL A. BALDI