## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** People of the State of New York v. Trump    **Docket No.:** 24-2299

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Mark R. Freeman

**Firm:** U.S. Department of Justice, Civil Division, Appellate Staff

**Address:** 950 Pennsylvania Avenue, NW, Rm. 7519, Washington, DC 20530

**Telephone:** (202) 514-5714    **Fax:**

**E-mail:** mark.freeman2@usdoj.gov

**Appearance for:** amicus curiae the United States of America
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Appellant )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Mark R. Freeman

**Type or Print Name:** Mark R. Freeman