**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 27, 2025

Via ACMS

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *People of the State of New York* v. *President Donald J. Trump*, No. 24-2299

Dear Ms. O'Hagan Wolfe:

In a letter filed yesterday, the District Attorney of New York County (DANY) requests that if, as it should, the Court grants the United States's motion for leave to file an amicus brief in support of President Trump's appeal, *see* Dkt. 74, DANY should be given until April 28—nearly five weeks from now—to file a supplemental response of unspecified length. Dkt. 78.1 at 1.

Respectfully, there is no need for a supplemental brief here. The key additional contribution of the United States's proposed amicus brief is its explanation that, in the United States's view, the federal government itself "has a strong and direct interest" in ensuring that federal-officer removal is available in this case. Dkt. 74.2 at 1. That determination should be given significant weight in the Court's analysis, and DANY's assessment of the federal government's institutional interests is irrelevant.

If the Court authorizes a supplemental brief, DANY does not need nearly five weeks and unlimited pages to explain why, in its view, the United States has misunderstood its own institutional interests. Accordingly, if the Court permits DANY to file a supplemental brief, the Court should require DANY to file that brief no later than one week from today (by April 3), and limit DANY to five pages.

Respectfully submitted,

*/s/ Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

cc: Counsel of Record (*via* ACMS)