# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of March, two thousand twenty-five.

_____

People of the State of New York,

        Plaintiff- Appellee,

  v.

Donald J. Trump,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 24-2299

    The Government moves for leave to file an untimely amicus brief.

    IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

