# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588

WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

April 2, 2025

Via ACMS

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

      Re:    *People of the State of New York* v. *President Donald J. Trump*, No. 24-2299

Dear Ms. O'Hagan Wolfe:

      The Court has proposed scheduling oral argument in this case for the week of June 9, 2025. *See* Dkt. 73. After that proposal was placed on the docket, the U.S. Court of Appeals for the Ninth Circuit scheduled oral argument in another case in which I am counsel of record for June 13. As set forth in my oral argument statement, *see* Dkt. 70, I also have a pre-existing conflict on June 10. I remain available for oral argument on June 9, 11, and 12, and also on every business day of the weeks of June 16 and June 23. Thank you for your consideration.

      Respectfully submitted,

      */s/ Robert J. Giuffra, Jr.*
      Robert J. Giuffra, Jr.

cc:    Counsel of Record (*via* ACMS)