UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2299

**Motion for:** Permission to file supplemental brief

**Caption [use short title]**

People of the State of New York

v.

Trump

Set forth below precise, complete statement of relief sought:

In the event this Court grants the United States permission to file an amicus brief out of time, the People request leave to file the attached proposed supplemental brief.

**MOVING PARTY:** People of the State of New York
**OPPOSING PARTY:** Donald J. Trump

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☒ Appellee/Respondent

**MOVING ATTORNEY:** John T. Hughes
**OPPOSING ATTORNEY:** Jeffrey B. Wall

[name of attorney, with firm, address, phone number and e-mail]

New York County District Attorney's Office
1 Hogan Place
New York, NY 10013

Sullivan & Cromwell LLP
1700 New York Avenue, N.W., Suite 700
Washington, DC 20006

**Court- Judge/ Agency appealed from:** United States District Court, Southern District of New York (Hellerstein, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain): See addendum

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☒ Yes  ☐ No  If yes, enter date: June 11, 2025

**Signature of Moving Attorney:**
_/s/ John T. Hughes_   **Date:** April 25, 2025   **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

## ADDENDUM
### Position of Opposing Counsel

When asked for defendant's position on the People's motion to file a supplemental brief in response to the United States's amicus brief, opposing counsel indicated that defendant's position is as follows:

> [W]e will not oppose DANY filing its proposed 15-page brief on the condition that DANY does not oppose President Trump filing a short response of his own. If you agree, we also request that you include in your motion that our non-opposition is contingent upon the President being allowed to file a short response, which we plan to do well in advance of argument on June 11.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK,<br><br>            Plaintiff-Appellee,<br><br>   -against-<br><br>DONALD J. TRUMP,<br><br>            Defendant-Appellant. | No. 24-2299 |

## MOTION TO FILE SUPPLEMENTAL BRIEF FOR THE PEOPLE IN RESPONSE TO UNITED STATES AMICUS

The People of the State of New York respectfully move for leave to file a supplemental brief responding to the proposed amicus brief by the United States, in the event that this Court grants the United States's motion to file an amicus brief out of time.

1. On October 14, 2024, defendant filed his opening brief with this Court (Dkt. 47). Amicus briefs in support of defendant were originally due on October 21, 2024.[1] On January 13, 2025, the People filed their response brief (Dkt. 58).

2. On January 31, 2025, defendant filed a motion requesting an extension of time within which to file his reply brief. The People did not oppose defendant's

---

[1] On September 9, 2024, America First Policy Institute moved for permission to file an amicus curiae brief in support of defendant (Dkt. 24). On October 17, 2024, America First Policy Institute timely filed its amicus brief (Dkt. 52).

extension request. On February 3, 2025, this Court granted defendant's request for an extension (Dkt. 67). On March 3, 2025, defendant filed his reply brief (Dkt. 68).

3. On March 26, 2025, more than three weeks after defendant filed his reply brief, the United States moved for permission to file an amicus brief out of time (Dkt. 74). Also on March 26, the People filed a letter response in which they took no position on the United States's motion (Dkt. 78). However, the People requested, in the event that the Court granted the United States' motion, that the Court also grant the People leave to file a supplemental brief by April 28, 2025 (*Id.*). The People noted that had the United States's "amicus brief been timely filed, the People would have had several months to prepare a response in their appellee brief" (*Id.*). On March 27, 2025, defendant filed a letter opposing the People's request (Dkt. 80). The same day, this Court referred the United States' motion to file an amicus brief out of time "to the panel that will determine the merits of the appeal" (Dkt. 83). As of April 25, 2025, this Court has not ruled on the United States's motion.

4. The People respectfully request that, if the Court grants the United States' request to file an amicus brief out of time, the Court also grant the People leave to file the attached proposed supplemental brief in response to the United States' amicus brief. Had this amicus brief been timely filed, the People would have been able to address its arguments in their principal brief. A supplemental brief will provide a forum for such a response given the United States' untimely request. Moreover, a supplemental brief

2

from the People will not delay oral argument, which has already been scheduled for June 11, 2025.

5. On April 25, 2025, the People contacted counsel for defendant to solicit their position on this motion. Counsel stated that defendant would "not oppose DANY filing its proposed 15-page brief on the condition that DANY does not oppose President Trump filing a short response of his own." Counsel continued, "[O]ur non-opposition is contingent upon the President being allowed to file a short response," which defendant planned "to do well in advance of argument on June 11."

## CONCLUSION

If this Court grants the United States's motion to file an amicus brief out of time, the Court should also grant the People leave to file the attached proposed supplemental brief in response to the United States's amicus brief.

Respectfully submitted,

ALVIN L. BRAGG, JR.
District Attorney
New York County

BY: _____
JOHN T. HUGHES
Assistant District Attorney

STEVEN C. WU
  Chief, Appeals Division
JOHN T. HUGHES
  Assistant District Attorney
    Of Counsel

April 25, 2025

cc (via ACMS):

Robert J. Giuffra, Jr.
Jeffrey B. Wall
Matthew A. Schwartz
Morgan L. Ratner
  *Attorneys for Defendant-Appellant Trump*

Maxwell A. Baldi
  *Attorney for Proposed Amicus United States*

4

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of FRAP 27(d)(2)(A) because it contains 613 words. It also complies with FRAP 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Garamond 14-point font, a proportionally spaced typeface.

_____
JOHN T. HUGHES
Assistant District Attorney