# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of May, two thousand and twenty-five,

_____

People of the State of New York,

    Plaintiff- Appellee,

v.

Donald J. Trump,

    Defendant - Appellant.
_____

**ORDER**
Docket No. 24-2299

Movant United States of America requests leave to file an *amicus curiae* brief in support of the Appellant. The motion is unopposed.

IT IS HEREY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court