# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of May, two thousand and twenty-five,

_____

People of the State of New York,

        Plaintiff- Appellee,

  v.

Donald J. Trump,

        Defendant - Appellant.

_____

**ORDER**
Docket No. 24-2299

Appellee moves for leave to file a supplemental brief.

IT IS HEREY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court