# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of May, two thousand twenty-five,

People of the State of New York,

    Plaintiff- Appellee,

v.

Donald J. Trump,

    Defendant - Appellant.

**ORDER**
Docket No. 24-2299

    Appellant moves for leave to file supplemental appendix. Appellee consents to the motion.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

