**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588

WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

May 28, 2025

<u>Via ACMS</u>

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *People of the State of New York* v. *President Donald J. Trump*,
              No. 24-2299

Dear Ms. O'Hagan Wolfe:

    I write to notify the Court of a change of arguing counsel in this matter. Jeffrey B. Wall of Sullivan & Cromwell LLP will present oral argument on behalf of President Trump. This update is reflected in the notice of hearing date acknowledgment filed earlier today.

                                                                 Respectfully submitted,

                                                               */s/ Robert J. Giuffra, Jr.*
                                                               Robert J. Giuffra, Jr.

    cc:    Counsel of Record (*via* ACMS)