# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

September 16, 2025

Via ACMS

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

      Re:    *People of the State of New York* v. *President Donald J. Trump*, No. 24-2299

Dear Ms. O'Hagan Wolfe:

      I write to update the Court regarding the state-court proceedings that are the subject of this federal-officer removal appeal. On September 15, 2025, the First Department of the Appellate Division of the Supreme Court of the State of New York granted President Trump's request to extend the deadline to perfect his appeal of the state trial court's judgment until October 27, 2025.

      Respectfully submitted,

      */s/ Robert J. Giuffra, Jr.*
      Robert J. Giuffra, Jr.

cc:    Counsel of Record (*via* ACMS)